ENCLOSURE NO. 1

CHAPTER 12 CASE

**SUMMARY OF OPERATIONS - FAMILY FARMER**

(This report must be filed with the Chapter 12
Trustee 5 days before the First Meeting of Creditors)

NAME OF DEBTOR: _Jeffrey Eugene Davis_

CASE NO.: _19-01730-dd_

I. NUMBER OF ACRES:

Owned _186.347_

Leased (list be parcel)                    Amount or % of Rent
                                           received by debtor

_____            _____

_____            _____

_____            _____

Total owned & leased
by debtor from others              _186.347_

Total leased to others             _____

Tillable acreage                   _NA - Poultry Operations_

Set aside acreage                  _____

II. LIVESTOCK AND POULTRY

Number of (list by kind)

1

III. RESULTS OF LAST CROP SEASON:

   A. Crops Grown:

   | CROP | NUMBER ACRES PLANTED | YIELD PER ACRE | AMOUNT SOLD | TOTAL SALES PRICE | QUANTITY SOLD OR STORED | AMOUNT OF LIEN ON STORED CROP |
   |------|----------------------|----------------|-------------|-------------------|-------------------------|-------------------------------|
   | NA   |                      |                |             |                   |                         |                               |

   B. Livestock and Poultry Sold Last Year:

   | Livestock and poultry | Number | Total Price |
   |-----------------------|--------|-------------|
   |                       |        | $ 233,996   |

   C. Total Income Last Year from Products Sold:
      (i.e., milk, eggs, wool, hides, etc.)

   $ 233996

   Have you made an assignment of proceeds?  yes
                  (YES/NO)

   If yes, to whom: FIRST FINANCIAL BANK

IV. CURRENT OR PROPOSED FARMING SEASON:

   A. Crops:

   | CROP | NO. OF ACRES | ESTIMATED* YIELD | ESTIMATED PRICE** PER UNIT | PROCEEDS |
   |------|--------------|------------------|----------------------------|----------|
   | NA   |              |                  |                            |          |

   Total Proceeds - all crops: $

B. Estimated Income from Livestock and Poultry Operation:

| Livestock and Poultry | Number to be Sold | Estimated Total Price |
|---|---|---|
| | | |

Total Livestock and Poultry Sales Prices $ __233,966__

\* Assuming normal moisture and growing conditions.
\*\* State your estimate of market price per unit or government support (loan) price if you are eligible for government support program.

C. Total Estimated Crop & Livestock and Poultry Income $_____

V. CURRENT OR PROPOSED CROP SEASON - ESTIMATED EXPENSES

A. Operating Expenses:   *See Attached*

| EXPENSES | AMOUNT |
|---|---|
| Fuel | |
| Seed | |
| Feed | |
| Fertilizer | |
| Herbicides, Pesticides or other Chemicals | |
| Equipment rental | |
| Electric & Phone Bills | |
| Repairs | |
| Crop Insurance | |
| Other Insurance | |
| Real Estate Taxes | |
| Cash Rent on Leased Land | |

3

Combining and/or
Drying Expense            _____

Processing Costs          _____

Hired Labor               _____

Other                     _____

Total Estimated Operating Expenses    $ _86,316_

If you have an operating loan for the current or proposed crop season, state amount $_____ and name and address of lender _____

and security given or pledged _____.

    B.   Payments on Secured Debt.

        Cash rents (if not included in Part A above)
        _____

        Crop Share Rents - State no. of bushels/pounds and dollar value
        _____

        Real Estate Mortgage and Contract for Deed (purchase agreement) payments

        To whom: _____    _____
                    _____    _____
                Total Amount      _____

    Annual Payment due on Equipment Purchase Contracts:

        To whom: _____    _____
                    _____    _____
                Total Amount      _____

    Payments on Loans Secured by Equipment, Crops, or Livestock:

        To whom: _____    _____
                    _____    _____
                Total Amount      _____

        Total Payments on Secured Debt $_____

C.  Total Operating Expenses and Payments on Secured Debt
    $ 86,316

VI. NET ESTIMATED OPERATING PROFIT OR LOSS:
    (Total Receipts from Item IV(C) less
    Total Expenses & Payments from Item V(C).   $ 147,680

VII. AMOUNT OF DISPOSABLE INCOME AVAILABLE TO PAY UNSECURED CLAIMS

    (Subtract VII(C) from Item VI)              $ 108,764

    A.  Estimated Household and
        Family Cash Living Expenses
        (subtract from net profit
        or add to net loss)                     38,916

    B.  Estimated State, Local and
        Federal Income Tax on Net
        Profit                                  _____

    C.  Total of A and B                        $ 38,916

    D.  Disposable Income from Farming
        (Subtract C from amount entered)
        on line at VII)                         $ 108,764

    E.  Income from other than Farming          $ —

    F.  Total Disposable Income                 $ 108,764

5

# Monthly Cash Flow Projections

| | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **1. Cash on Hand** | | | | | | |
|   Beginning of Month | | $6,344.00 | $9,608.00 | $11,694.00 | $13,264.00 | $14,986.00 |
|     Plus | | | | | | |
| Poultry income | $11,582.00 | $10,828.00 | $10,325.00 | $9,850.00 | $8,382.00 | $5,628.00 |
| Other Income | | | | | | |
| **2. Total Cash Available** (Before Cash Paid Out) | $11,582.00 | $17,172.00 | $19,933.00 | $21,544.00 | $21,646.00 | $20,614.00 |
| | | | | | | |
| **3. Cash Paid Out** | | | | | | |
| Labor | $3,696.00 | $4,272.00 | $4,272.00 | $4,272.00 | $3,696.00 | $3,696.00 |
| Supplies (Offices and Operation) | $164.00 | $284.00 | $155.00 | $111.00 | $159.00 | $45.00 |
|  Parts | | | | | | |
| Repairs and Maintenance | $514.00 | $1,425.00 | $1,065.00 | $1,510.00 | $362.00 | $1,391.00 |
| Fuel | $97.00 | $120.00 | $261.00 | $111.00 | $257.00 | $141.00 |
| vehicle expenses | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| Account and Legal | | | | | | |
|  Rent | | | | | | |
| Telephone | $124.00 | $495.00 | $460.00 | $446.00 | $452.00 | $456.00 |
| Utilities | $603.00 | $928.00 | $1,986.00 | $1,790.00 | $1,694.00 | $3,745.00 |
|  Insurance | | | | | | |
| Taxes (Real Estate, etc.) | | | | | | |
|  Poultry House cleanout/litter spreading | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| custom work | | | | | | |
| **4. Total Cash Paid Out** (total 3aThrough 3s) | $5,238.00 | $7,564.00 | $8,239.00 | $8,280.00 | $6,660.00 | $9,514.00 |
| | | | | | | |
| **5. Cash Surplus (Deficit)** (2 minus 4) | $6,344.00 | $9,608.00 | $11,694.00 | $13,264.00 | $14,986.00 | $11,100.00 |
| | | | | | | |
| **6. Borrowings** | | | | | | |
| | | | | | | |
| **7. Loan Repayment** | | | | | | |
| | | | | | | |
| **8. Cash on Hand** (End of Month) | | | | | | |

| July | August | September | October | November | December | average | Total Year |
|---|---|---|---|---|---|---|---|
| $11,100.00 | $8,413.00 | $15,171.00 | $10,682.00 | $15,378.00 | $20,281.00 | | |
| $8,292.00 | $16,282.00 | $4,830.00 | $9,891.00 | $10,354.00 | $10,754.00 | $9,749.83 | |
| $19,392.00 | $24,695.00 | $20,001.00 | $20,573.00 | $25,732.00 | $31,035.00 | | |
| | | | | | | | |
| $3,696.00 | $3,696.00 | $3,696.00 | $3,696.00 | $3,696.00 | $3,696.00 | $3,840.00 | |
| $91.00 | $143.00 | $175.00 | $145.00 | $68.00 | $204.00 | $145.33 | |
| $50.00 | $213.00 | $327.00 | $177.00 | $741.00 | $195.00 | $664.17 | |
| $76.00 | $818.00 | $890.00 | $64.00 | $118.00 | $220.00 | $264.42 | |
| $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| | | | | | | | |
| $461.00 | $589.00 | $581.00 | $688.00 | $425.00 | $434.00 | $467.58 | |
| $5,065.00 | $2,525.00 | $2,110.00 | $385.00 | $363.00 | $802.00 | $467.58 | |
| | | | | | | | |
| $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $375.00 | |
| $10,979.00 | $9,524.00 | $9,319.00 | $5,195.00 | $5,451.00 | $5,591.00 | $7,629.50 | |
| | | | | | | | |
| $8,413.00 | $15,171.00 | $10,682.00 | $15,378.00 | $20,281.00 | $25,444.00 | | |