## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: } | CASE NO: 19-01730-dd |
| Jeffrey Eugene Davis } | CHAPTER 12 |
| Debtor. } | |

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | |
| ) | AFFIDAVIT |
| COUNTY OF BARNWELL ) | |

PERSONALLY appeared before me, Gene Davis, who, being duly sworn, deposes and says that:

1. I am the father of Jeffrey Eugene Davis. I provided the funds for my son to pay his attorney, Reid B. Smith, a retainer in the amount of $10,000.

2. I understand that Mr. Smith represents my son and that he does not represent me.

3. I understand also that I may retain my own attorney in this case or that I can proceed without an attorney.

4. I am not seeking repayment of the funds that I provided to my son to pay his attorney.

_____
Gene Davis

SWORN TO AND SUBSCRIBED before me
on this the  11  day of April, 2019

_____
**NOTARY PUBLIC FOR SOUTH CAROLINA**
My Commission Expires: 1-14-2025