UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-01730-dd |
| | ) | |
| Jeffrey Eugene Davis, | ) | Chapter 12 |
| | ) | |
| Debtor. | ) | |
| | ) | |

CHAPTER 12 TRUSTEE'S
INITIAL STATUS REPORT
(Due 10 days after Section 341 Meeting)

DEBTORS: Jeffrey Eugene Davis

DATE FILED: March 27, 2019

CASE NO.: 19-01730-dd

DATE OF §341 MEETING: April 25, 2019

NAME OF TRUSTEE: J. Kershaw Spong

NAME OF COURT REPORTER: Flash Card

(OR CASSETTE # IF RECORDED)

APPEARANCE OF COUNSEL AND OTHERS:

    Debtors      Reid B. Smith
    Creditors:   Graham Mitchell for First Financial and Enterprise Bank

| | |
|---|---|
| X | Debtor examined |
| X | Debtor eligible for Chapter 12 (appears eligible, but Trustee needs to review tax returns) |
| X | Summary of Operations Report provided (copy attached) and appears reasonably complete and accurate |
| X | Statement of Income and Expenditures examined and appears reasonably accurate |
| X | Debtor instructed re: Monthly Reports, Starting New Books and Bank Accounts, Duties, and Limitations on Actions |

|     | |
| --- | --- |
| \_\_\_\_\_ | Debtor to revise Summary of Operations Report and submit in approximately two weeks |
| \_\_\_\_\_ | Debtor to revise Statement of Income and Expenditures and submit in approximately two weeks |
| \_\_\_\_\_ | Debtor to amend schedules and submit in approximately 2 weeks |
| \_x\_ | Debtor to provide social security card to Trustee within 2 weeks |
| \_x\_ | Debtor to provide tax returns within 30 days |

## ANALYSIS OF DEBT

I.  Secured Debt

| Creditor Name | Amt of Debt | Collateral Description | Collateral Value |
| --- | --- | --- | --- |
| Enterprise Bank | $28,743.00 | 8775 Marlboro Avenue, Barnwell, SC | $110,000.00 |
| First Financial Bank | $939,077.54 | 154 acres and 25 acres located at 5671 Thunder Road, Olar, SC | $1,408,375.00 |

II.  Total Amount of Priority Debts (from E Schedule)       0.00
III. (1)  Amount of Unsecured Debt from F Schedule         10,000.00
     (2)  Probable Unsecured Portion of Secured Debt          0.00
     Total Unsecured Debt                                  $10,000.00

**GENERAL COMMENTS**

1. Was the Debtor informed that failure to cooperate with Trustee or United States Trustee or to submit required reports can result in dismissal of the case?

   Yes.

2. Was liquidation analysis available?  If so, attach copy.  If not, was Debtor alerted to need for liquidation analysis at confirmation hearing?

   Liquidation Analysis to be filed with the Chapter 12 Plan.

3. Was the Debtor alerted to need to negotiate plan with secured creditors?

   Yes.

4.  When will plan be filed?

    The plan is due on June 25, 2019.

                                            J. Kershaw Spong
                                            Chapter 12 Trustee
                                            District Court ID No. 531
                                            Post Office Box 11449
                                            Columbia, SC 29211
                                            (803) 929-1400

April 25th, 2019

ENCLOSURE NO. 1

CHAPTER 12 CASE

**SUMMARY OF OPERATIONS - FAMILY FARMER**

(This report must be filed with the Chapter 12
Trustee 5 days before the First Meeting of Creditors)

NAME OF DEBTOR: _Jeffrey Eugene Davis_

CASE NO.: _19-01730-dd_

I. NUMBER OF ACRES:

Owned _186.347_

Leased (list be parcel)

Amount or % of Rent received by debtor

Total owned & leased by debtor from others _186.347_

Total leased to others

Tillable acreage _NA - Poultry Operations_

Set aside acreage

II. LIVESTOCK AND POULTRY

Number of (list by kind)

1

III. RESULTS OF LAST CROP SEASON:

A. Crops Grown:

| CROP | NUMBER ACRES PLANTED | YIELD PER ACRE | AMOUNT SOLD | TOTAL SALES PRICE | QUANTITY SOLD OR STORED | AMOUNT OF LIEN ON STORED CROP |
|---|---|---|---|---|---|---|
| NA | | | | | | |

B. Livestock and Poultry Sold Last Year:

| Livestock and poultry | Number | Total Price |
|---|---|---|
| | | $ 233,996 |

C. Total Income Last Year from Products Sold:
(i.e., milk, eggs, wool, hides, etc.)

$ 233,996

Have you made an assignment of proceeds?   yes
(YES/NO)

If yes, to whom: FIRST FINANCIAL BANK

IV. CURRENT OR PROPOSED FARMING SEASON:

A. Crops:

| CROP | NO. OF ACRES | ESTIMATED* YIELD | ESTIMATED PRICE** PER UNIT | PROCEEDS |
|---|---|---|---|---|
| NA | | | | |

Total Proceeds - all crops:  $_____

2

B. Estimated Income from Livestock and Poultry Operation:

| Livestock and Poultry | Number to be Sold | Estimated Total Price |
|---|---|---|
| | | |

Total Livestock and Poultry Sales Prices  $ __233,966__

\* Assuming normal moisture and growing conditions.
\*\* State your estimate of market price per unit or government support (loan) price if you are eligible for government support program.

C. Total Estimated Crop & Livestock and Poultry Income $_____

V. CURRENT OR PROPOSED CROP SEASON - ESTIMATED EXPENSES

A. Operating Expenses:  *See Attached*

| EXPENSES | AMOUNT |
|---|---|
| Fuel | |
| Seed | |
| Feed | |
| Fertilizer | |
| Herbicides, Pesticides or other Chemicals | |
| Equipment rental | |
| Electric & Phone Bills | |
| Repairs | |
| Crop Insurance | |
| Other Insurance | |
| Real Estate Taxes | |
| Cash Rent on Leased Land | |

3

      Combining and/or
      Drying Expense                        _____

      Processing Costs                       _____

      Hired Labor                            _____

      Other                                    _____

      Total Estimated Operating Expenses    $ _86,316_

If you have an operating loan for the current or proposed crop season, state amount $_____ and name and address of lender _____

and security given or pledged _____
_____.

  B.  Payments on Secured Debt.

      Cash rents (if not included in Part A above)
      _____

      Crop Share Rents - State no. of bushels/pounds and dollar value
      _____

      Real Estate Mortgage and Contract for Deed (purchase agreement) payments

      To whom:  _____    _____
                   _____    _____
             Total Amount        _____

    Annual Payment due on Equipment Purchase Contracts:

      To whom:  _____    _____
                   _____    _____
             Total Amount        _____

    Payments on Loans Secured by Equipment, Crops, or Livestock:

      To whom:  _____    _____
                   _____    _____
             Total Amount        _____

      Total Payments on Secured Debt $_____

4

      C.   Total Operating Expenses and Payments on Secured Debt
          $   86,316

VI.   **NET ESTIMATED OPERATING PROFIT OR LOSS**:
(Total Receipts from Item IV(C) less
Total Expenses & Payments from Item V(C).   $ 147,680

VII.   **AMOUNT OF DISPOSABLE INCOME AVAILABLE TO PAY UNSECURED CLAIMS**

(Subtract VII(C) from Item VI)   $ 108,764

    A.   Estimated Household and Family Cash Living Expenses (subtract from net profit or add to net loss)   38,916

    B.   Estimated State, Local and Federal Income Tax on Net Profit

    C.   Total of A and B   $ 38,916

    D.   Disposable Income from Farming (Subtract C from amount entered) on line at VII)   $ 108,764

    E.   Income from other than Farming   $ —

    F.   Total Disposable Income   $ 108,764

5

| Monthly Cash Flow Projections | | | | | | |
|---|---|---|---|---|---|---|
| | January | February | March | April | May | June |
| 1. Cash on Hand | | | | | | |
| Beginning of Month | | $6,344.00 | $9,608.00 | $11,694.00 | $13,264.00 | $14,986.00 |
| Plus | | | | | | |
| Poultry income | $11,582.00 | $10,828.00 | $10,325.00 | $9,850.00 | $8,382.00 | $5,628.00 |
| Other Income | | | | | | |
| 2. Total Cash Available (Before Cash Paid Out) | $11,582.00 | $17,172.00 | $19,933.00 | $21,544.00 | $21,646.00 | $20,614.00 |
| | | | | | | |
| 3. Cash Paid Out | | | | | | |
| Labor | $3,696.00 | $4,272.00 | $4,272.00 | $4,272.00 | $3,696.00 | $3,696.00 |
| Supplies (Offices and Operation) | $164.00 | $284.00 | $155.00 | $111.00 | $159.00 | $45.00 |
| Parts | | | | | | |
| Repairs and Maintenance | $514.00 | $1,425.00 | $1,065.00 | $1,510.00 | $362.00 | $1,391.00 |
| Fuel | $97.00 | $120.00 | $261.00 | $111.00 | $257.00 | $141.00 |
| vehicle expenses | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| Account and Legal | | | | | | |
| Rent | | | | | | |
| Telephone | $124.00 | $495.00 | $460.00 | $446.00 | $452.00 | $456.00 |
| Utilities | $603.00 | $928.00 | $1,986.00 | $1,790.00 | $1,694.00 | $3,745.00 |
| Insurance | | | | | | |
| Taxes (Real Estate, etc.) | | | | | | |
| Poultry House cleanout/litter spreading | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| custom work | | | | | | |
| 4. Total Cash Paid Out (total 3aThrough 3s) | $5,238.00 | $7,564.00 | $8,239.00 | $8,280.00 | $6,660.00 | $9,514.00 |
| | | | | | | |
| 5. Cash Surplus (Deficit) (2 minus 4) | $6,344.00 | $9,608.00 | $11,694.00 | $13,264.00 | $14,986.00 | $11,100.00 |
| | | | | | | |
| 6. Borrowings | | | | | | |
| | | | | | | |
| 7. Loan Repayment | | | | | | |
| | | | | | | |
| 8. Cash on Hand (End of Month) | | | | | | |

| July | August | September | October | November | December | average | Total Year |
|---|---|---|---|---|---|---|---|
| $11,100.00 | $8,413.00 | $15,171.00 | $10,682.00 | $15,378.00 | $20,281.00 | | |
| $8,292.00 | $16,282.00 | $4,830.00 | $9,891.00 | $10,354.00 | $10,754.00 | $9,749.83 | |
| $19,392.00 | $24,695.00 | $20,001.00 | $20,573.00 | $25,732.00 | $31,035.00 | | |
| | | | | | | | |
| $3,696.00 | $3,696.00 | $3,696.00 | $3,696.00 | $3,696.00 | $3,696.00 | $3,840.00 | |
| $91.00 | $143.00 | $175.00 | $145.00 | $68.00 | $204.00 | $145.33 | |
| $50.00 | $213.00 | $327.00 | $177.00 | $741.00 | $195.00 | $664.17 | |
| $76.00 | $818.00 | $890.00 | $64.00 | $118.00 | $220.00 | $264.42 | |
| $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| | | | | | | | |
| $461.00 | $589.00 | $581.00 | $688.00 | $425.00 | $434.00 | $467.58 | |
| $5,065.00 | $2,525.00 | $2,110.00 | $385.00 | $363.00 | $802.00 | $467.58 | |
| | | | | | | | |
| $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $375.00 | |
| $10,979.00 | $9,524.00 | $9,319.00 | $5,195.00 | $5,451.00 | $5,591.00 | $7,629.50 | |
| | | | | | | | |
| $8,413.00 | $15,171.00 | $10,682.00 | $15,378.00 | $20,281.00 | $25,444.00 | | |