'ENC. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                              )          Bankruptcy Number:
JEFFREY EUGENE DAVIS                 )          Chapter 12
                                     )
                                     )
                                     )
                    Debtor(s).       )
                                     )

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): _JEFFREY EUGENE DAVIS_

CASE NO.: _19- 01730-dd_

For Month Ending _APRIL 30th_ _2019_

MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1.  CASH RECEIPTS

|  |  | MONTH | YEAR TO DATE |
|---|---|---|---|
| A. FARM INCOME |  |  |  |
| **Grain Sales** |  |  |  |
| #bu._____ corn at $_____ |  |  |  |
| #bu._____ beans at $_____ |  |  |  |
| #bu._____ oats at $_____ |  |  |  |
| #bu._____ milo at $_____ |  |  |  |
| #bu._____ wheat at $_____ |  |  |  |
| **Livestock Sales** |  |  |  |
| #hd_____ feeder pigs at _____ |  |  |  |
| #hd_____ hogs at $_____ per/lb. |  |  |  |
| #hd_____ calves at $_____ per/lb. |  |  |  |
| #hd_____ cattle at $_____ per/lb. |  |  |  |
| #hd_____ lambs at $_____ |  |  |  |
| Eggs |  |  |  |
| Poultry _COLUMBIA FARMS_ | 9203.08 |  |  |
| _HOUSE OF RAEFORD_ |  |  |  |

1

NOTE: MARCH - 2026.94

Milk _____
Other _____
_____
_____

Miscellaneous Farm Income
    Contract payments _____
    Contract payments _____
    Contract payments _____
    Rent payment _____
    Rent payment _____
    Government payment _____
    PIK and Roll proceeds _____
    Custom farming income _____
    Custom feeding payments _____
    Other farm income _____
    (please specify source)
_____
_____

New loans (specify source) _____
_____
_____

B.  WAGES FROM OUTSIDE WORK

    Husband _____
    Wife _____

C.  OTHER RECEIPTS
    A.E. DAVIS (GENE) _____
    ~~Custom Processing Oats~~ _____
    ~~Corn~~: _____
_____

    LOVE & AFFECTION    620.00

    Total Cash Receipts $ 9823.08 $ 11850.02

NOTE: MARCH YEAR/DATE
$ 2026.94

2

II.  EXPENSES PAID

A.  HOUSEHOLD  (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| EXXON (OIAR) | 4/1 | 8.62 | FOOD |
| APPIE | 4/2 | 12.99 | ENTERTAINMENT |
| MASON DAVIS | 4/4 | 10.00 | ALLOWANCE |
| JEFF DAVIS | 4/4 | 20.00 | LUNCH |
| JEFF DAVIS | 4/5 | 30.00 | SUPPER |
| Jo Ellen DAVIS | 4/5 | 926.89 | 2 mo. Appt. Rent |
| MASON DAVIS | 4/8 | 30.00 | GAS/LUNCH mo. |
| JOELLEN DAVIS | 4/8 | 40.00 | ALLOWANCE |
| JOELLEN DAVIS | 4/8 | 50.00 | SCHOOL SUPPLY |
| PIGGLY WIGGLY | 4/8 | 97.29 | GROCERIES |
| MASON DAVIS | 4/9 | 20.00 | GAS |
| APPIE | 4/10 | .99 | ENTERTAINMENT |
| APPIE | 4/10 | 10.79 | " |
| PALM PANTRY | 4/11 | 11.49 | FOOD |
| A.E. DAVIS (Grne) | 4/12 | 200.00 | CAR PMT |
| MASON DAVIS | 4/12 | 75.00 | BEACH TRIP |
| JoEllen Davis | 4/12 | 145.00 | " " |
| BARNWELL FAMILY MED. | 4/15 | 12.64 | MED |
| IGA | 4/15 | 124.93 | GROCERIES |

TOTAL                                    $ 1826.65

CONTINUED →

II.  EXPENSES PAID

A.  HOUSEHOLD  (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| JoEllen Davis | 4/16 | 20.00 | GAS |
| DIRECTV | 4/16 | 193.11 | CABLE-TV |
| APPLE | 4/18 | 5.99 | ENTERTAIN |
| BARNWELL FAMILY MED. | 4/18 | 72.27 | MEDS |
| JEFF DAVIS | 4/18 | 80.00 | CLOTHES |
| MASON DAVIS | 4/19 | 50.00 | ALLOWANCE |
| MASON DAVIS | 4/22 | 25.00 | GAS |
| MASON DAVIS | 4/22 | 40.00 | School |
| WAI-MART | 4/22 | 105.49 | GROCERIES |
| SCE&G | 4/24 | 196.00 | UTILITIES |
| MASON DAVIS | 4/25 | 15.00 | GAS |
| JoEllen DAVIS | 4/29 | 60.00 | ALLOWANCE |
| APPLE | 4/29 | 12.99 | ENTERTAIN |
| BI-RITE | 4/29 | 20.41 | FOOD |
| DNR | 4/29 | 24.50 | LICENSE |

TOTAL                    $ 919.76

3

FARM Ex

B.  FARM EXPENSES   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| ANDERSON FARMS | 4/1 | 40.00 | FUEL |
| DOLLAR GENERAL | 4/1 | 25.54 | SUPPLIES |
| TRACTOR SUPPLY | 4/1 | 40.55 | R/m SUPPLIES |
| QUICK PANTRY | 4/2 | 25.00 | GAS(COW) |
| SAMER EXPRESS | 4/3 | 20.00 | GAS(COW) |
| ALEX ORTEGA | 4/5 | 600.00 | LABOR |
| SALLY FIELDS | 4/5 | 375.00 | LABOR |
| JEFF DAVIS | 4/5 | 200.00 | LABOR |
| LORRETTA FIELDS | 4/5 | 154.00 | LABOR |
| DOLLAR GENERAL | 4/5 | 38.90 | SUPPLIES |
| TRACTOR SUPPLY | 4/5 | 91.71 | R/m SUPP |
| EXXON (OINR) | 4/10 | 38.65 | GAS |
| VERIZON | 4/10 | 460.97 | CELL |
| ANDERSON FARMS | 4/11 | 80.00 | FUEL |
| ALEX ORTEGA | 4/12 | 600.00 | LABOR |
| SALLY FIELDS | 4/12 | 375.00 | LABOR |
| LORRETTA FIELDS | 4/12 | 54.00 | LABOR |
| JEFF DAVIS | 4/12 | 100.00 | LABOR |
| E-BAY | 4/12 | 102.45 | POWER T |
| BI-RITE | 4/15 | 75.58 | GAS |

TOTAL                                         $ 3467.15

B.  FARM EXPENSES  (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| WAL-MART | 4/17 | 10.24 | SUPPLIES |
| ANDERSON FARMS | 4/17 | 40.00 | FUEL |
| NAPA | 4/18 | 91.79 | BATTERY |
| COMPUTER SOLUTIONS | 4/18 | 99.99 | COMPUTER REP. |
| JOSE  ? | 4/19 | 65.00 | MISC. LABOR |
| ALEX ORTEGA | 4/19 | 600.00 | LABOR |
| SALLY FIELDS | 4/19 | 375.00 | LABOR |
| LORRETTA FIELDS | 4/19 | 179.00 | LABOR |
| ENTERPRISE BANK | 4/19 | 14.60 | BANK CHARGE |
| BI-RITE | 4/22 | 49.93 | GAS |
| TRACTOR SUPPLY | 4/22 | 79.78 | R/m SUPPLIES |
| WOODY'S PAWN | 4/23 | 64.12 | TOOLS |
| EXXON (OLAR) | 4/24 | 25.23 | GAS |
| SAMMER EXPRESS | 4/25 | 10.00 | GAS |
| SAMMER EXPRESS | 4/25 | 25.87 | GAS |
| EXXON (OLAR) | 4/26 | 25.00 | GAS |
| TORONCO ITALIAN | 4/26 | 21.50 | DINNER |

TOTAL                                          $ 1777.11

B. FARM EXPENSES (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| ALEX ORTEGA | 4/26 | 600.00 | LABOR |
| SALLY FIELDS | 4/26 | 410.00 | LABOR |
| LORRETTA FIELDS | 4/26 | 98.00 | LABOR |
| SCE & G | 4/29 | 19.50 | UTILITIES |
| BI RITE | 4/29 | 35.04 | GAS |
| DOLLAR GENERAL | 4/29 | 112.86 | SUPPLIES |
| SCE & G | 4/29 | 603.50 | UTILITIES |

TOTAL                                    $ 1878.90

TOTAL = 7123.16

C.    TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE    _____

      TOTAL EXPENSES FOR MONTH                       9869.55

      CASH PROFIT (LOSS) FOR MONTH
      [TOTAL INCOME minus TOTAL EXPENSES]            -46.47

      OTHER NON-CASH LOSSES:

          LOSS DUE TO CROP FAILURE OR
             DAMAGE $_____

          LOSS DUE TO DEATH OR DISEASE
             OF LIVESTOCK OR POULTRY
             $_____

III.  CASH RECONCILIATION:

      Cash and Bank Accounts Balance at
         Beginning of Month:                      $ 222.40

      Profit (or Loss) During Month               $ -46.47

      Cash and Bank Account Balance at
         End of Month                             $ 15.35

IV.   EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized):

      Expense                                     Amount
                                                  $

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.


5/23/2019
DATE                              DEBTOR(S) / OFFICER OF DEBTOR(S)

5

TRUSTEE
COPY

POULTRY BREEDER FARM, LLC                    21-0
JEFFREY EUGENE DAVIS                            2
8775 MARLBORO AVE                              13
BARNWELL SC 29812-2263

Protect Your Debit Card and Your Money
With a free app on your mobile phone, you can receive instant alerts
when your debit card is used, turn your card off if you suspect fraud,
even control where your card can be used.  Ask us about Card Valet.



## CHECKING ACCOUNT ████ 1955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| | | | 03/21/19 | 73.67 |
| BALANCE LAST STATEMENT ......................... | | 2,067.74 | 03/22/19 | 2,141.41 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | | 03/22/19 | 2,041.41 |
| CHECK | 100.00 | | | |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# | | | 03/22/19 | 2,013.34 |
| 869992 8377 | 28.07 | | | |
| ATM Withdrawal SC BLACKVILLE 227 MAIN STREET SEQ# | | | 03/22/19 | 1,953.34 |
| 003874 8377 | 60.00 | | 03/22/19 | 823.34 |
| CHECK | 1,130.00 | | | |
| 400651476 Online Transfer To 211029525 At 19:26 On | | | 03/25/19 | 793.34 |
| 3/23 | 30.00 | | | |
| 400651643 Online Transfer To 211027297 At 19:29 On | | | 03/25/19 | 763.34 |
| 3/23 | 30.00 | | | |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 953369 | | | 03/25/19 | 745.20 |
| 8377 | 18.14 | | | |
| POS Purchase SC BARWELL 9690 MARLBORO AVENUUS SEQ# | | | 03/25/19 | 694.02 |
| 482663 8377 | 51.18 | | | |
| POS Purchase SC BARNWELL BI-RITE FOOD STORE SEQ# | | | 03/25/19 | 640.32 |
| 035512 8377 | 53.70 | | | |
| POS Purchase SC BARNWELL WAL-MART SUPER CENTUS SEQ# | | | 03/25/19 | 467.31 |
| 275902 8377 | 173.01 | | | |
| POS Purchase FL 800-922-0204 VZWRLSS*IVR VE SEQ# | | | 03/25/19 | 177.46 |
| 042656 8377 | 289.85 | | 03/27/19 | 147.46 |
| RETURNED ITEM NSF FEE | 30.00 | | 03/27/19 | 1,048.54- |
| CHECK | 1,196.00 | | 03/29/19 | 978.40 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,026.94 | 03/29/19 | 122.40 |
| CHECK | 856.00 | | | |
| DEPOSIT | | 100.00 | 04/01/19 | 222.40 |
| CHECK | 40.00 | | 04/01/19 | 182.40 |

* * * C O N T I N U E D * * *

POULTRY BREEDER FARM, LLC



=======================================================================
                 CHECKING ACCOUNT ▓▓▓▓ 4955
=======================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase SC OLAR 15149 CAROLINA HWY US SEQ# 403756 8377 | 8.62 | | 04/01/19 | 173.78 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 057580 8377 | 25.54 | | 04/01/19 | 148.24 |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# 199155 8377 | 40.55 | | 04/01/19 | 107.69 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 001954 8377 | 12.99 | | 04/02/19 | 94.70 |
| POS Purchase SC BLACKVILLE QUICK PANTRY 31 SEQ# 763076 8377 | 25.00 | | 04/02/19 | 69.70 |
| POS Purchase SC WEST COLUMBIA SAMER EXPRESS SEQ# 824877 8377 | 20.00 | | 04/03/19 | 49.70 |
| 400086082 Online Transfer To 211029525 At 16:25 On 4/03 | 10.00 | | 04/04/19 | 39.70 |
| ATM Withdrawal SC BARNWELL 287 MAIN STREET SEQ# 008391 8377 | 20.00 | | 04/04/19 | 19.70 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 3,670.82 | 04/05/19 | 3,690.52 |
| CHECK | 30.00 | | 04/05/19 | 3,660.52 |
| CHECK | 926.89 | | 04/05/19 | 2,733.63 |
| CHECK | 1,329.00 | | 04/05/19 | 1,404.63 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 829838 8377 | 38.90 | | 04/05/19 | 1,365.73 |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# 915884 8377 | 91.71 | | 04/05/19 | 1,274.02 |
| 400267024 Online Transfer To 211029525 At 12:49 On 4/07 | 30.00 | | 04/08/19 | 1,244.02 |
| 400309390 Online Transfer To 211027297 At 11:59 On 4/08 | 40.00 | | 04/08/19 | 1,204.02 |
| 400209691 Online Transfer To 211027297 At 20:02 On 4/05 | 50.00 | | 04/08/19 | 1,154.02 |
| POS Purchase SC DENMARK 18147 HERITAGE HIGHUS SEQ# 040566 8377 | 97.29 | | 04/08/19 | 1,056.73 |
| 400335309 Online Transfer To 211029525 At 22:34 On 4/06 | 20.00 | | 04/09/19 | 1,036.73 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 089449 8377 | .99 | | 04/10/19 | 1,035.74 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 077279 8377 | 10.79 | | 04/10/19 | 1,024.95 |
| POS Purchase SC OLAR 15149 CAROLINA HWY US SEQ# 654880 8377 | 38.65 | | 04/10/19 | 986.30 |
| POS Purchase FL 800-922-0204 VZWRLSS*IVR VE SEQ# 090220 8377 | 460.97 | | 04/10/19 | 525.33 |
| CHECK | 80.00 | | 04/11/19 | 445.33 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 011466 8377 | 11.49 | | 04/11/19 | 433.84 |

* * * C O N T I N U E D * * *

POULTRY BREEDER FARM, LLC

============================================================
CHECKING ACCOUNT ████ 4955
============================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| HOUSE OF RAEFORD TRADE PAY G31211 | | 1,904.53 | 04/12/19 | 2,336.37 |
| CHECK | 200.00 | | 04/12/19 | 2,138.37 |
| CHECK | 1,129.00 | | 04/12/19 | 1,009.37 |
| 400107528 Online Transfer To 211029525 At 18:04 On 4/11 | 75.00 | | 04/12/19 | 934.37 |
| 400143066 Online Transfer To 211027297 At 11:06 On 4/12 | 145.00 | | 04/12/19 | 789.37 |
| POS Purchase CA 402-935-7733 PAYPAL *MINIDRVR SEQ# 019084 8377 | 102.45 | | 04/12/19 | 686.92 |
| POS Purchase SC BARNWELL BARNWELL FAMILY MEDIC SEQ# 043254 8377 | 12.64 | | 04/15/19 | 674.28 |
| POS Purchase SC BARNWELL 9056 PATTERSON ST PUS SEQ# 860622 8377 | 45.38 | | 04/15/19 | 628.90 |
| POS Purchase SC BARNWELL 9690 MARLBORO AVENUUS SEQ# 026629 8377 | 124.93 | | 04/15/19 | 503.97 |
| 400346762 Online Transfer To 211027297 At 12:26 On 4/16 | 20.00 | | 04/16/19 | 483.97 |
| POS Purchase CA 800-347-3288 DTV*DIRECTV SERVICE SEQ# 013525 8377 | 193.11 | | 04/16/19 | 290.86 |
| DEPOSIT | | 120.00 | 04/17/19 | 410.86 |
| POS Purchase SC BARNWELL WAL-MART SUPER CENTUS SEQ# 569331 8377 | 10.24 | | 04/17/19 | 400.62 |
| ATM Withdrawal SC BARNWELL 267 MAIN STREET SEQ# 009408 8377 | 40.00 | | 04/17/19 | 360.62 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 070458 8377 | 5.99 | | 04/18/19 | 354.63 |
| POS Purchase SC BARNWELL BARNWELL FAMILY MEDIC SEQ# 018333 8377 | 72.27 | | 04/18/19 | 282.36 |
| POS Purchase SC BARNWELL NAPA AUTO PARTS 00206 SEQ# 001012 8377 | 91.79 | | 04/18/19 | 190.57 |
| POS Purchase SC BARNWELL COMPUTER SOLUTIONS OF SEQ# 048046 8377 | 99.99 | | 04/18/19 | 90.58 |
| ATM Withdrawal SC BARNWELL 267 MAIN STREET SEQ# 009565 8377 | 80.00 | | 04/18/19 | 10.58 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 1,844.67 | 04/19/19 | 1,855.25 |
| CHECK | 65.00 | | 04/19/19 | 1,790.25 |
| CHECK | 1,154.00 | | 04/19/19 | 636.25 |
| 400512349 Online Transfer To 211029525 At 10:25 On 4/19 | 50.00 | | 04/19/19 | 586.25 |
| SERVICE CHARGE | 14.60 | | 04/19/19 | 571.65 |
| BALANCE THIS STATEMENT .............................. | | | 04/19/19 | 571.65 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (7) | 11,734.70 | AVERAGE BALANCE | 487.12 |
| TOTAL DEBITS | (60) | 11,236.72 | | |

* * * C O N T I N U E D * * *


POULTRY BREEDER FARM, LLC



## YOUR CHECKS SEQUENCED

| DATE | CHECK #. | AMOUNT | DATE | CHECK #. | AMOUNT | DATE | CHECK #. | AMOUNT |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 03/22 | * | 100.00 | 04/05 | * | 30.00 | 04/12 | * | 1,129.00 |
| 03/22 | * | 1,130.00 | 04/05 | * | 926.89 | 04/19 | * | 65.00 |
| 03/27 | * | 1,196.00 | 04/05 | * | 1,329.00 | 04/19 | | 1,154.00 |
| 03/28 | * | 056.00 | 04/11 | * | 80.00 | | | |
| 04/01 | * | 40.00 | 04/12 | * | 200.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

Business Checking ████ 4955
Printed by: PAULINE SMITH

ENTERPRISE BANK OF S.C.

5/22/2019 11:52:40 AM
Reporting Institution: 0

## Demand Deposit ████ 4955 - POULTRY BREEDER FARM, LLC

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| POULTRY BREEDER FARM, LLC | Owner/Signer | | * * * * * * * * * | EIN **-******* |
| JEFFREY EUGENE DAVIS | Owner/Signer | *** **, **** | * * * * * * * * * | SSN ***-**-**** |

8775 MARLBORO AVE
BARNWELL SC 29812-2263

Additional Relationships
Tax Name: POULTRY BREEDER FARM, LLC

### Current & Previous Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Apr 19, 2019 | $571.65 |
| 400605773 Online Transfer To 211029525 At 11:40 On 4/21 | $25.00 | | Apr 22, 2019 | $546.65 |
| 400542702 Online Transfer To 211029525 At 18:33 On 4/19 | $40.00 | | Apr 22, 2019 | $506.65 |
| POS Purchase SC BARNWELL 9056 PATTERSON ST PUS SEQ# 871052 8377 | $49.93 | | Apr 22, 2019 | $456.72 |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# 725225 8377 | $79.78 | | Apr 22, 2019 | $376.94 |
| POS Purchase SC BARNWELL WAL-MART SUPER CENTUS SEQ# 771732 8377 | $105.49 | | Apr 22, 2019 | $271.45 |
| POS Purchase SC ORANGEBURG WOODYS PAWN & JEWELRY SEQ# 155249 8377 | $64.18 | | Apr 23, 2019 | $207.27 |
| Deposit | | $100.00 | Apr 24, 2019 | $307.27 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 023946 8377 | $25.23 | | Apr 24, 2019 | $282.04 |
| SCE&G/PSNC DRAFT 0210120069886 | $195.00 | | Apr 24, 2019 | $87.04 |
| 400836808 Online Transfer To 211029525 At 15:21 On 4/25 | $15.00 | | Apr 25, 2019 | $72.04 |
| POS Purchase SC WEST COLUMBIA SAMER EXPRESS SEQ# 721001 8377 | $10.00 | | Apr 25, 2019 | $62.04 |
| POS Purchase SC WEST COLUMBIA SAMER EXPRESS SEQ# 749553 8377 | $25.87 | | Apr 25, 2019 | $36.17 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | $1,772.48 | Apr 26, 2019 | $1,808.65 |
| Check | $25.00 | | Apr 26, 2019 | $1,783.65 |
| POS Purchase SC COLUMBIA VILLA TRONCO ITALIAN SEQ# 016540 8377 | $21.50 | | Apr 26, 2019 | $1,762.15 |
| Check #1675 | $98.00 | | Apr 26, 2019 | $1,664.15 |
| Check #1674 | $410.00 | | Apr 26, 2019 | $1,254.15 |
| Check #1673 | $650.00 | | Apr 26, 2019 | $604.15 |
| Deposit | | $300.00 | Apr 29, 2019 | $904.15 |
| 400986849 Online Transfer To 211027297 At 18:22 On 4/28 | $60.00 | | Apr 29, 2019 | $844.15 |
| Recur Payment CA 866-712-7753 APL-ITUNES.COM/BILL SEQ# 047673 8377 | $12.99 | | Apr 29, 2019 | $831.16 |
| POS Purchase SC COLUMBIA SCE&G/BILLMATRIX US SEQ# 362958 8377 | $19.50 | | Apr 29, 2019 | $811.66 |

| Business Checking 211104955 | | ENTERPRISE BANK OF S.C. | | 5/22/2019 11:52:40 AM | |
|---|---|---|---|---|---|
| Printed by: PAULINE SMITH | | | | Reporting Institution: 0 | |
| Description | Debits | Credits | Date | Balance | |
| POS Purchase SC BARNWELL 9056 PATTERSON ST PUS SEQ# 825115 8377 | $20.41 | | Apr 29, 2019 | $791.25 | |
| POS Purchase TX 800-830-2268 SAFETY COURSES SEQ# 040281 8377 | $24.50 | | Apr 29, 2019 | $766.75 | |
| POS Purchase SC BARNWELL 9056 PATTERSON ST PUS SEQ# 480210 8377 | $35.04 | | Apr 29, 2019 | $731.71 | |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 137210 8377 | $112.86 | | Apr 29, 2019 | $618.85 | |
| POS Purchase SC COLUMBIA SCE&G/BILLMATRIX US SEQ# 361731 8377 | $603.50 | | Apr 29, 2019 | $15.35 | |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 727369 8377 | $10.80 | | May 02, 2019 | $4.55 | |
| HOUSE OF RAEFORD TRADE PAY G31211 | | $3,025.26 | May 03, 2019 | $3,029.81 | |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# 437494 8377 | $28.07 | | May 03, 2019 | $3,001.74 | |
| Check #1678 | $98.00 | | May 03, 2019 | $2,903.74 | |
| Check #1679 | $200.00 | | May 03, 2019 | $2,703.74 | |
| Check #1677 | $370.00 | | May 03, 2019 | $2,333.74 | |
| Check #1676 | $600.00 | | May 03, 2019 | $1,733.74 | |
| 401290794 Online Transfer To 211029525 At 16:40 On 5/03 | $40.00 | | May 06, 2019 | $1,693.74 | |
| POS Purchase SC DENMARK BP#1757 442RAINBOW GAS SEQ# 649322 8377 | $27.46 | | May 06, 2019 | $1,666.28 | |
| POS Purchase SC DENMARK DOLLAR-GENERAL # 1803 SEQ# 558815 8377 | $28.38 | | May 06, 2019 | $1,637.90 | |
| Check | $30.00 | | May 07, 2019 | $1,607.90 | |
| POS Purchase SC 803-5321030 HALLS POULTRY FARM & SEQ# 040003 8377 | $250.00 | | May 07, 2019 | $1,357.90 | |
| Recur Payment CA 800-9220204 VZWRLSS*BILL PAY VE SEQ# 017221 8377 | $470.85 | | May 09, 2019 | $887.05 | |
| PROG NORTHERN INS PREM POL 929566770 | $370.91 | | May 09, 2019 | $516.14 | |
| HOUSE OF RAEFORD TRADE PAY G31211 | | $2,316.40 | May 10, 2019 | $2,832.54 | |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 016397 8377 | $0.99 | | May 10, 2019 | $2,831.55 | |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 065797 8377 | $42.92 | | May 10, 2019 | $2,788.63 | |
| Check #1684 | $52.00 | | May 10, 2019 | $2,736.63 | |
| Check #1685 | $200.00 | | May 10, 2019 | $2,536.63 | |
| Check #1683 | $365.00 | | May 10, 2019 | $2,171.63 | |
| Check #1682 | $646.00 | | May 10, 2019 | $1,525.63 | |
| 401708642 Online Transfer To 211029525 At 8:57 On 5/12 | $20.00 | | May 13, 2019 | $1,505.63 | |
| 401684948 Online Transfer To 211029525 At 8:55 On 5/11 | $50.00 | | May 13, 2019 | $1,455.63 | |
| 401689692 Online Transfer To 211027297 At 11:32 On 5/11 | $50.00 | | May 13, 2019 | $1,405.63 | |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 069056 8377 | $10.79 | | May 13, 2019 | $1,394.84 | |
| POS Purchase SC BARNWELL 11391 DUNBARTON BLVUS SEQ# 686568 8377 | $59.19 | | May 13, 2019 | $1,335.65 | |







