**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: ) | **Bankruptcy No.: 19-01730-dd** |
| ) | |
| **Jeffrey Eugene Davis** ) | **Chapter 12** |
| Debtor. ) | |
| ) | **Feasibility Analysis** |
| ) | |

    Attached hereto is a spreadsheet, out the Debtor's projected poultry income and expenses. This information is based on Mr. Davis' actual income and expenses for 2018. Because his operations will not change, future income and expenses should be similar in the future. The Debtor projects gross poultry income of $282,312.00 for each year that he is in a Chapter 12 proceeding. He projects operating expenses of $112,957.00 each year, resulting in net income of $169,355.00.

    The Debtor's annual living expenses are projected to be $30,912.00. The total Chapter 12 payments are expected to be $99,419.72. The amount necessary to fund his trustee payments and to pay his living expenses is $130,331.72.

    The Debtor will have the ability to make the Plan payments.

June 27, 2019

                                      /s/Reid B. Smith
                                      Reid B. Smith
                                      District Court ID #4200
                                      1712 St. Julian Place, Suite 102
                                      (803) 779-2255
                                      Attorney for Debtor

| | |
|---|---:|
| projected income | 282312 |
| | |
| projected expenses | |
| custom hire | 3,000 |
| gasoline, fuel, & oil | 3,462 |
| labor | 51672 |
| repairs & maintenance | 10,545 |
| supplies | 2,293 |
| taxes | 11,545 |
| utilities | 30,440 |
| total expenses | 112,957 |
| | |
| net income | 169,355 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **In re:** ) | **Bankruptcy No.: 19-01730-dd** |
| ) | |
| **Jeffrey Eugene Davis** ) | **Chapter 12** |
| **Debtor.** ) | |
| ) | **Liquidation Analysis** |
| ) | |

      The Debtor's Plan proposes to pay all unsecured claims in full, plus interest at 6.25%

A.P.R. The Plan meets the liquidation tst, as all creditors will be paid in full.

June 27, 2019

                          /s/Reid B. Smith
                          Reid B. Smith
                          District Court ID #4200
                          1712 St. Julian Place, Suite 102
                          (803) 779-2255
                          Attorney for Debtor