'ENC. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re: ) Bankruptcy Number:
JEFFREY Eugene DAVIS ) Chapter 12
)
)
)
Debtor(s).)
)

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): JEFFREY EUGENE DAVIS

CASE NO.: 19-01730-dd

For Month Ending JUNE 30th 2019

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1. CASH RECEIPTS

|  | MONTH | YEAR TO DATE |
|---|---|---|
| A. FARM INCOME | | |
| Grain Sales | | |
| #bu. _____ corn at $ _____ | | |
| #bu. _____ beans at $ _____ | | |
| #bu. _____ oats at $ _____ | | |
| #bu. _____ milo at $ _____ | | |
| #bu. _____ wheat at $ _____ | | |
| Livestock Sales | | |
| #hd _____ feeder pigs at _____ | | |
| #hd _____ hogs at $ _____ per/lb. | | |
| #hd _____ calves at $ _____ per/lb. | | |
| #hd _____ cattle at $ _____ per/lb. | | |
| #hd _____ lambs at $ _____ | | |
| Eggs | | |
| Poultry Columbia Farms | 8201.32 | 29,583.38 |

1

Milk _____  _____  _____
                Other _____  _____  _____
                      _____  _____  _____

        Miscellaneous Farm Income
            Contract payments
              Contract payments                     _____  _____
              Contract payments                     _____  _____
              Rent payment                          _____  _____
              Rent payment                          _____  _____
              Government payment                    _____  _____
              PIK and Roll proceeds                 _____  _____
              Custom farming income                 _____  _____
              Custom feeding payments               _____  _____
              Other farm income                     _____  _____
              (please specify source)
              _____
              _____

            New loans (specify source)  _____     _____  _____
              _____
              _____

B.  WAGES FROM OUTSIDE WORK

        Husband                                     _____  _____
        Wife                                        _____  _____

C.  OTHER RECEIPTS

        Social Security                             _____  _____
        Other:
            LOAN  (OA00-1)                          1000.00  _____
            _____             _____  _____
            _____             _____  _____

                        Total Cash Receipts $ 9201.32  $ 30,583.38

2

II. EXPENSES PAID

   A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| MASON DAVIS | 6/3 | 30.00 | CLOTHES |
| MASON DAVIS | 6/4 | 20.00 | CLOTHES |
| MASON DAVIS | 6/5 | 40.00 | CLOTHES |
| JoEllen DAVIS | 6/10 | 130.00 | CLOTHES |
| Apple | 6/11 | .99 | ENTERTAINMENT |
| Apple | 6/11 | 10.79 | " |
| Dollar Gen. | 6/11 | 25.65 | House cleaning |
| House of Pizza | 6/11 | 66.30 | Supper + Kids |
| Progressive | 6/11 | 370.82 | JoEllen car Ins. |
| JoEllen Davis | 6/12 | 40.00 | Allowance |
| MASON DAVIS | 6/12 | 40.00 | Allowance |
| MASON DAVIS | 6/13 | 90.00 | Grocery for Jess |
| DAYS INN | 6/13 | 80.64 | JoEllen's stay in Columbia |
| MASON DAVIS | 6/14 | 20.00 | GAS |
| Apple | 6/14 | 5.99 | ENT |
| Walmart | 6/14 | 16.14 | Grocery |
| MASON DAVIS | 6/17 | 20.00 | GAS |
| JoEllen Davis | 6/17 | 90.00 | Allowance |
| Final Door | 6/17 | 97.20 | ENT. for Fathers Day |
| DirecTV | 6/17 | 220.33 | Entertainment |

TOTAL $ 1375.85

3

II. EXPENSES PAID

   A. HOUSEHOLD (Use more pages if necessary.)

   | Payee | Date | Amount | Purpose |
   |---|---|---|---|
   | MASON DAVIS | 6/19 | 20.00 | GAS/ |
   | MASON DAVIS | 6/20 | 25.00 | GAS / FOR JEEP |
   | " " | 6/21 | 20.00 | FOOD |
   | PRIM PANTRY | 6/21 | 10.14 | LUNCH |
   | BARNWELL Family MED | 6/21 | 86.24 | MEDS |
   | JoEllen DAVIS | 6/28 | 30.00 | GAS |
   | WALMART | 6/28 | 185.35 | Grocery |

TOTAL $ 376.73

3

TOTAL = $1752.58

B. <u>FARM EXPENSES</u>  (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Palm Pantry | 6/3 | 84.79 | Gas |
| P.P.S. | 6/6 | 340.00 | Disposal Garbage |
| Loretta Fields | 6/7 | 52.00 | Labor |
| Sally Fields | 6/7 | 365.00 | Labor |
| Alex Villalon | 6/7 | 600.00 | Labor |
| Jeff Davis | 6/7 | 200.00 | Labor |
| Dollar Gen. | 6/11 | 153.84 | Supplies |
| Exxon | 6/12 | 34.78 | Gas |
| Carroll's Welding | 6/13 | 25.00 | Repairs |
| Palm Pantry | 6/14 | 37.32 | Gas |
| Tractor Supply | 6/14 | 55.07 | Supplies |
| Loretta Fields | 6/14 | 52.00 | labor |
| Jeff Davis | 6/14 | 200.00 | labor |
| Sally Fields | 6/14 | 375.00 | labor |
| Alex Villalon | 6/14 | 646.00 | labor |
| Verizon | 6/17 | 457.16 | Cell |
| Palm Pantry | 6/21 | 34.00 | Gas |
| Lorretta Fields | 6/21 | 52.00 | Labor |
| Sally Fields | 6/21 | 365.00 | labor |

TOTAL $ 4128.96

4

B.  FARM EXPENSES   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Alex Villalon | 6/21 | 646.00 | labor |
| Service charge | 6/21 | 16.20 | service charge |
| Broxton Bridge Station | 6/24 | 102.50 | towing |
| SCE+G | 6/24 | 542.00 | utilities |
| " | 6/24 | 603.50 | " |
| " | 6/24 | 603.50 | " |
| Palm Pantry | 6/28 | 36.96 | gas |
| Lorretta Fields | 6/28 | 52.00 | labor |
| Jeff Davis | 6/28 | 200.00 | labor |
| Sally Fields | 6/28 | 370.00 | labor |
| Alex Villalon | 6/28 | 646.00 | labor |

TOTAL  $ 3818.66

4

TOTAL = $ 7947.62

C.   TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE  _____

    TOTAL EXPENSES FOR MONTH                      9700.20

    CASH PROFIT (LOSS) FOR MONTH                  9201.32
    [TOTAL INCOME minus TOTAL EXPENSES]           -498.88

    OTHER NON-CASH LOSSES:

        LOSS DUE TO CROP FAILURE OR
            DAMAGE $ _____

        LOSS DUE TO DEATH OR DISEASE
            OF LIVESTOCK OR POULTRY
            $ _____

III. <u>CASH RECONCILIATION</u>:

    Cash and Bank Accounts Balance at
        Beginning of Month:            $ 1142.39

    Profit (or Loss) During Month      $ -498.88

    Cash and Bank Account Balance at
        End of Month                   $ 556.40

IV. <u>EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized)</u>:

    <u>Expense</u>                              <u>Amount</u>
                                              $


I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

7-19-19                          _____
DATE                             DEBTOR(S) / OFFICER OF DEBTOR(S)
                                 Jeffrey Eugene Ware

5

POULTRY BREEDER FARM, LLC


## CHECKING ACCOUNT 4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase SC COLUMBIA SCE&G/BILLMATRIX US SEQ# 813747 8377 | 603.50 | | 05/30/19 | 61.78- |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,488.17 | 05/31/19 | 2,426.39 |
| 400196795 Online Transfer To 211029525 At 13:33 On 5/31 | 30.00 | | 05/31/19 | 2,396.39 |
| CHECK # 1701 | 52.00 | | 05/31/19 | 2,344.39 |
| CHECK # 1702 | 200.00 | | 05/31/19 | 2,144.39 |
| CHECK # 1700 | 310.00 | | 05/31/19 | 1,834.39 |
| CHECK # 1699 | 692.00 | | 05/31/19 | 1,142.39 |
| 400351511 Online Transfer To 211029525 At 14:54 On 6/03 | 30.00 | | 06/03/19 | 1,112.39 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 004657 8377 | 84.79 | | 06/03/19 | 1,027.60 |
| 400413021 Online Transfer To 211029525 At 14:59 On 6/04 | 20.00 | | 06/04/19 | 1,007.60 |
| 400473931 Online Transfer To 211029525 At 15:13 On 6/05 | 40.00 | | 06/05/19 | 967.60 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 444026 8377 | 87.11 | | 06/05/19 | 880.49 |
| CHECK # 1703 | 340.00 | | 06/06/19 | 540.49 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,043.34 | 06/07/19 | 2,583.83 |
| CHECK # 1708 | 52.00 | | 06/07/19 | 2,531.83 |
| CHECK # 1709 | 200.00 | | 06/07/19 | 2,331.83 |
| CHECK # 1707 | 365.00 | | 06/07/19 | 1,966.83 |
| CHECK # 1706 | 600.00 | | 06/07/19 | 1,366.83 |
| 400619538 Online Transfer To 211029525 At 18:45 On 6/07 | 100.00 | | 06/10/19 | 1,266.83 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 072291 8377 | .99 | | 06/11/19 | 1,265.84 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 042942 8377 | 10.79 | | 06/11/19 | 1,255.05 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 739950 8377 | 25.65 | | 06/11/19 | 1,229.40 |
| POS Purchase SC BAMBERG HOUSE OF PIZZA BAMBER SEQ# 054879 8377 | 66.30 | | 06/11/19 | 1,163.10 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 200598 8377 | 153.84 | | 06/11/19 | 1,009.26 |
| PROG NORTHERN INS PREM XXXXX6770 Jeffr | 370.82 | | 06/11/19 | 638.44 |
| 400827727 Online Transfer To 211027297 At 16:15 On 6/11 | 40.00 | | 06/12/19 | 598.44 |
| 400827822 Online Transfer To 211029525 At 16:16 On 6/11 | 40.00 | | 06/12/19 | 558.44 |
| POS Purchase SC DENMARK 18147 HERITAGE HIGHUS SEQ# 619575 8377 | 34.78 | | 06/12/19 | 523.66 |

*** C O N T I N U E D ***

POULTRY BREEDER FARM, LLC

## CHECKING ACCOUNT ▓▓▓4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
| --- | --- | --- | --- | --- |
| 400898182 Online Transfer To 211029525 At 19:14 On 6/12 | 90.00 | | 06/13/19 | 433.66 |
| POS Purchase SC BLACKVILLE SQ *CARROLL'S WELDI SEQ# 059628 8377 | 25.00 | | 06/13/19 | 408.66 |
| POS Purchase SC BLYTHEWOOD DAYS INNS SEQ# 001431 8377 | 80.64 | | 06/13/19 | 328.02 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,131.28 | 06/14/19 | 2,459.30 |
| 401002963 Online Transfer To 211029525 At 11:36 On 6/14 | 20.00 | | 06/14/19 | 2,439.30 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 007921 8377 | 5.99 | | 06/14/19 | 2,433.31 |
| POS Purchase SC BARNWELL WAL-MART SUPER CENTUS SEQ# 897357 8377 | 16.14 | | 06/14/19 | 2,417.17 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 006821 8377 | 37.32 | | 06/14/19 | 2,379.85 |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# 246785 8377 | 55.07 | | 06/14/19 | 2,324.78 |
| CHECK # 1712 | 52.00 | | 06/14/19 | 2,272.78 |
| CHECK # 1713 | 200.00 | | 06/14/19 | 2,072.78 |
| CHECK # 1711 | 375.00 | | 06/14/19 | 1,697.78 |
| CHECK # 1710 | 646.00 | | 06/14/19 | 1,051.78 |
| 401144012 Online Transfer To 211029525 At 10:35 On 6/17 | 20.00 | | 06/17/19 | 1,031.78 |
| 401157063 Online Transfer To 211027297 At 12:54 On 6/17 | 90.00 | | 06/17/19 | 941.78 |
| POS Purchase SC CAYCE THE FINAL DOOR LLC SEQ# 906072 8377 | 88.20 | | 06/17/19 | 853.58 |
| POS Purchase CA 800-347-3288 DTV*DIRECTV SERVICE SEQ# 085210 8377 | 220.33 | | 06/17/19 | 633.25 |
| Recur Payment CA 800-9220204 VZWRLSS*BILL PAY VE SEQ# 037835 8377 | 457.16 | | 06/17/19 | 176.09 |
| 401235869 Online Transfer To 211029525 At 18:16 On 6/18 | 20.00 | | 06/19/19 | 156.09 |
| 401296538 Online Transfer To 211029525 At 18:54 On 6/19 | 25.00 | | 06/20/19 | 131.09 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,040.22 | 06/21/19 | 2,171.31 |
| 401397893 Online Transfer To 211029525 At 11:59 On 6/21 | 20.00 | | 06/21/19 | 2,151.31 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 008316 8377 | 10.14 | | 06/21/19 | 2,141.17 |
| POS Purchase SC BARNWELL PALM PANTRY #4 SEQ# 003614 8377 | 34.00 | | 06/21/19 | 2,107.17 |
| POS Purchase SC BARNWELL BARNWELL FAMILY MEDIC SEQ# 000014 8377 | 86.24 | | 06/21/19 | 2,020.93 |
| CHECK # 1716 | 52.00 | | 06/21/19 | 1,968.93 |

* * * C O N T I N U E D * * *

POULTRY BREEDER FARM, LLC

## CHECKING ACCOUNT  4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
| --- | --- | --- | --- | --- |
| CHECK # 1715 | 365.00 | | 06/21/19 | 1,603.93 |
| CHECK # 1714 | 646.00 | | 06/21/19 | 957.93 |
| SERVICE CHARGE | 16.20 | | 06/21/19 | 941.73 |
| DEPOSIT | | 1,000.00 | 06/24/19 | 1,941.73 |
| ATM Withdrawal SC EHRHARDT 13302 BROXTON BRIDGUS SEQ# 008879 8377 | 102.50 | | 06/24/19 | 1,839.23 |
| CHECK | 542.00 | | 06/24/19 | 1,297.23 |
| POS Purchase SC COLUMBIA SCE&G/BILLMATRIX US SEQ# 085260 8377 | 603.50 | | 06/24/19 | 693.73 |
| POS Purchase SC COLUMBIA SCE&G/BILLMATRIX US SEQ# 086325 8377 | 603.50 | | 06/24/19 | 90.23 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 1,986.48 | 06/28/19 | 2,076.71 |
| 401738515 Online Transfer To 211027297 At 16:51 On 6/27 | 30.00 | | 06/28/19 | 2,046.71 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 009755 8377 | 36.96 | | 06/28/19 | 2,009.75 |
| POS Purchase SC BARNWELL 11391 DUNBARTON BLVUS SEQ# 577942 8377 | 185.35 | | 06/28/19 | 1,824.40 |
| CHECK # 1720 | 52.00 | | 06/28/19 | 1,772.40 |
| CHECK # 1721 | 200.00 | | 06/28/19 | 1,572.40 |
| CHECK # 1719 | 370.00 | | 06/28/19 | 1,202.40 |
| CHECK # 1718 | 646.00 | | 06/28/19 | 556.40 |
| BALANCE THIS STATEMENT ............................ | | | 06/28/19 | 556.40 |

| TOTAL CREDITS | (8) | 15,094.42 |
| --- | --- | --- |
| TOTAL DEBITS | (80) | 14,714.69 |

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/24 | * | 542.00 | 05/31 | 1701 | 52.00 | 06/14 | 1712 | 52.00 |
| 05/24 | 1690* | 265.00 | 05/31 | 1702 | 200.00 | 06/14 | 1713 | 200.00 |
| 05/24 | 1694 | 380.00 | 06/06 | 1703* | 340.00 | 06/21 | 1714 | 646.00 |
| 05/24 | 1695 | 646.00 | 06/07 | 1706 | 600.00 | 06/21 | 1715 | 365.00 |
| 05/24 | 1696 | 370.00 | 06/07 | 1707 | 365.00 | 06/21 | 1716* | 52.00 |
| 05/24 | 1697 | 52.00 | 06/07 | 1708 | 52.00 | 06/28 | 1718 | 646.00 |
| 05/24 | 1698 | 200.00 | 06/07 | 1709 | 200.00 | 06/28 | 1719 | 370.00 |
| 05/31 | 1699 | 692.00 | 06/14 | 1710 | 646.00 | 06/28 | 1720 | 52.00 |
| 05/31 | 1700 | 310.00 | 06/14 | 1711 | 375.00 | 06/28 | 1721 | 200.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE