ENC. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re: ) Bankruptcy Number:
Jeffrey Eugene Davis ) Chapter 12
)
)
Debtor(s). )

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Jeffrey Eugene Davis

CASE NO.: 19-01730-dd

For Month Ending July 31st 2019

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1. CASH RECEIPTS

|  |  | MONTH | YEAR TO DATE |
|---|---|---|---|
| A. FARM INCOME | | | |
| Grain Sales | | | |
| #bu. ___ corn at $ ___ | | | |
| #bu. ___ beans at $ ___ | | | |
| #bu. ___ oats at $ ___ | | | |
| #bu. ___ milo at $ ___ | | | |
| #bu. ___ wheat at $ ___ | | | |
| Livestock Sales | | | |
| #hd ___ feeder pigs at ___ | | | |
| #hd ___ hogs at $ ___ per/lb. | | | |
| #hd ___ calves at $ ___ per/lb. | | | |
| #hd ___ cattle at $ ___ per/lb. | | | |
| #hd ___ lambs at $ ___ | | | |
| Eggs | | | |
| Poultry Columbia Farms | | 16,891.23 | 46,474.61 |

1

Milk _____
Other _____
       _____

Miscellaneous Farm Income
    Contract payments
      Contract payments
      Contract payments
      Rent payment
      Rent payment
      Government payment
      PIK and Roll proceeds
      Custom farming income
      Custom feeding payments
      Other farm income
      (please specify source)

      _____
      _____

    New loans (specify source)
      _____
      _____

B. <u>WAGES FROM OUTSIDE WORK</u>

    Husband
    Wife

C. <u>OTHER RECEIPTS</u>

    Social Security
    Other: _____
           _____
           LOAN (A.E. DAVIS)         215.00

                Total Cash Receipts $17,106.23  $47,689.61

II. EXPENSES PAID

  A. HOUSEHOLD  (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Mason Davis | 7/1 | 30.00 | Allowance |
| Apple | 7/1 | 12.99 | Entertainment |
| Dollar Gen | 7/1 | 39.63 | House supplies |
| Mason Davis | 7/2 | 25.00 | Gas |
| Enterprise Bank | 7/5 | 30.00 | Travel money/Food |
| Mason Davis | 7/8 | 20.00 | Gas |
| JoEllen Davis | 7/8 | 40.00 | Allowance |
| Walmart | 7/8 | 164.36 | Groceries |
| Mason Davis | 7/9 | 20.00 | Allowance |
| Mason Davis | 7/9 | 25.00 | " " |
| Apple | 7/10 | .99 | Entertainment |
| Hardees | 7/10 | 15.70 | Food |
| Progressive | 7/10 | 375.31 | Ins. on Car |
| Apple | 7/11 | 10.79 | Entertainment |
| Cheechiang | 7/11 | 43.00 | Clothes |
| Mason Davis | 7/15 | 20.00 | Gas |
| Palm Pantry | 7/15 | 17.00 | Food |
| Apple | 7/18 | 13.73 | Entertainment |
| Mason Davis | 7/22 | 30.00 | Clothes |
| Palm Pantry | 7/25 | 10.00 | Food |
| Palm Pantry | 7/26 | 10.00 | Food |

TOTAL  $ 953.50

3

II. EXPENSES PAID

   A. HOUSEHOLD   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Barnwell Family Medic | 7/26 | 132.28 | Prescriptions |
| JoAllen Davis | 7/29 | 100.00 | Clothes (school) |
| Mason Davis | 7/29 | 100.00 | Clothes |
| Pearlz Vista | 7/29 | 158.58 | Entertainment/Supper |
| DirecTV | 7/29 | 245.02 | Cable |
| Tombo Grille | 7/30 | 68.35 | Supper |
| Mason Davis | 7/31 | 60.00 | Clothes (school) |

TOTAL                                $ 864.23

TOTAL 1817.73

B.  **FARM EXPENSES**   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar Gen. | 7/5 | 38.47 | Supplies |
| Lenmein.com | 7/5 | 188.99 | Computer (office) |
| Lorretta Fields | 7/5 | 52.00 | Labor |
| Jeff Davis | 7/5 | 200.00 | Labor |
| Salley Fields | 7/5 | 375.00 | Labor |
| Alex Villalon | 7/5 | 646.80 | Labor |
| Palm Pantry | 7/8 | 35.80 | Gas |
| Jere Books | 7/9 | 33.99 | Computer (office) |
| Tractor Supply | 7/10 | 49.13 | Repairs |
| Bi-Rite | 7/11 | 40.05 | Gas |
| Juan Figuero | 7/12 | 58.00 | Coveralls (6) |
| Lorretta Fields | 7/12 | 52.00 | labor |
| Alex Villalon | 7/12 | 346.00 | labor |
| Salley Fields | 7/12 | 365.00 | labor |
| Jason Still | 7/12 | 1000.00 | Repay loan |
| Mason Davis | 7/17 | 20.00 | Gas for Hall's Poultry |
| Hall's Poultry | 7/17 | 60.00 | Repairs |
| Enterprise Bank | 7/19 | 30.00 | Bank fees |
| Palm Pantry | 7/19 | 33.92 | Gas |
| Jeff Davis | 7/19 | 100.00 | labor |
| Lorretta Fields | 7/19 | 144.00 | labor |

TOTAL   $ 3868.35

4

B. FARM EXPENSES    (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Betty Fields | 7/19 | 360.00 | labor |
| Alex Villalon | 7/19 | 796.00 | labor |
| Enterprise Bank | 7/19 | 13.00 | Bank fee |
| Dollar General | 7/22 | 85.38 | Supplies |
| Verizon | 7/24 | 459.24 | Cell |
| Enterprise Bank (B.R.16) | 7/26 | 133.38 | Fuel (withdrawn due to no cars) |
| Dollar General | 7/26 | 11.83 | Supplies |
| PALM PANTRY | 7/26 | 49.60 | GAS |
| Jeff Davis | 7/26 | 250.00 | labor |
| Lorretta Fields | 7/26 | 336.00 | labor |
| Alex Villalon | 7/26 | 850.00 | labor |
| A.E. DAVIS | 7/26 | 1199.86 | Repay loan (April/June) |
| A.E. DAVIS | 7/26 | 1280.00 | Repay loan (May) |
| EXXON | 7/29 | 29.11 | GAS |
| Samer | 7/29 | 30.00 | GAS |
| Dollar General | 7/29 | 84.02 | Supplies |
| STILL SMALL ENG. | 7/29 | 111.20 | Repairs |
| Brenda Davis (SCE&G) | 7/29 | 2550.00 | UTILITY SCE&G |
| PALMETTO Building | 7/30 | 19.71 | Repairs |

TOTAL    $ 8648.33

4

B. <u>FARM EXPENSES</u>   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| QC Supply | 7/30 | 93.80 | Repairs |
| Holt & Holt | 7/30 | 350.00 | 2018 Taxes |
| Amazon | 7/31 | 28.71 | Parts medicator |
| Amazon | 7/31 | 183.69 | " " |
| Kevin Anderson | 7/31 | 300.00 | Bush Hog work |

TOTAL                        $ 956.20

TOTAL = 13,472.88

C.   TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE _____

   TOTAL EXPENSES FOR MONTH                    15,290.61

   CASH PROFIT (LOSS) FOR MONTH
   [TOTAL INCOME minus TOTAL EXPENSES]          1,815.62

   OTHER NON-CASH LOSSES:

      LOSS DUE TO CROP FAILURE OR
         DAMAGE $_____

      LOSS DUE TO DEATH OR DISEASE
         OF LIVESTOCK OR POULTRY
         $_____

III. CASH RECONCILIATION:

   Cash and Bank Accounts Balance at
      Beginning of Month:                  $ 526.40

   Profit (or Loss) During Month           $ 1,815.62

   Cash and Bank Account Balance at
      End of Month                         $ 1,839.91

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized):

   Expense                                 Amount
                                           $

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

8.20.19                          _____
DATE                             DEBTOR(S) / OFFICER OF DEBTOR(S)

5




```
1013 2 AV 0.380          P:1013 / T:4 / S:
POULTRY BREEDER FARM, LLC
JEFFREY EUGENE DAVIS
8775 MARLBORO AVE
BARNWELL SC 29812-2263
                                          30-0
                                            1
                                           22
```

Protect Your Debit Card and Your Money
With a free app on your mobile phone, you can receive instant alerts when your debit card is used, turn your card off if you suspect fraud, even control where your card can be used. Ask us about Card Valet.

## BUSINESS CHECKING ACCOUNT ####4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 06/28/19 | 556.40 |
| 401895976 Online Transfer To 211029525 At 18:22 On 6/30 | 30.00 | | 07/01/19 | 526.40 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 079786 8377 | 12.99 | | 07/01/19 | 513.41 |
| POS Purchase SC HILDA DOLLAR GENERAL # 811 SEQ# 864766 8377 | 39.63 | | 07/01/19 | 473.78 |
| 401952064 Online Transfer To 211029525 At 16:19 On 7/01 | 25.00 | | 07/02/19 | 448.78 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,028.58 | 07/05/19 | 2,477.36 |
| CHECK | 30.00 | | 07/05/19 | 2,447.36 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 618315 8377 | 38.47 | | 07/05/19 | 2,408.89 |
| POS Purchase MA LOGMEIN.COM LOGMEIN*PRO2 SEQ# 053594 8377 | 188.99 | | 07/05/19 | 2,219.90 |
| CHECK # 1724 | 52.00 | | 07/05/19 | 2,167.90 |
| CHECK # 1725 | 200.00 | | 07/05/19 | 1,967.90 |
| CHECK # 1723 | 375.00 | | 07/05/19 | 1,592.90 |
| CHECK # 1722 | 646.00 | | 07/05/19 | 946.90 |
| 400156668 Online Transfer To 211029525 At 13:53 On 7/08 | 20.00 | | 07/08/19 | 926.90 |
| 400103879 Online Transfer To 211027297 At 14:31 On 7/07 | 40.00 | | 07/08/19 | 886.90 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 001487 8377 | 35.80 | | 07/08/19 | 851.10 |
| POS Purchase SC BARNWELL 11391 DUNBARTON BLVUS SEQ# 396225 8377 | 164.36 | | 07/08/19 | 686.74 |

\* \* \* C O N T I N U E D \* \* \*

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

POULTRY BREEDER FARM, LLC

## BUSINESS CHECKING ACCOUNT 4955



| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 400175793 Online Transfer To 211029525 At 19:17 On 7/08 | 20.00 | | 07/09/19 | 666.74 |
| 400205567 Online Transfer To 211029525 At 10:47 On 7/09 | 25.00 | | 07/09/19 | 641.74 |
| POS Purchase CA 402-935-7733 PAYPAL *JEREBOOKS SEQ# 073840 8377 | 33.99 | | 07/09/19 | 607.75 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 099467 8377 | .99 | | 07/10/19 | 606.76 |
| POS Purchase SC BARNWELL HARDEES 3051 SEQ# 031201 8377 | 15.70 | | 07/10/19 | 591.06 |
| POS Purchase SC BARNWELL 10499 DUNBARTON BLVUS SEQ# 569010 8377 | 49.13 | | 07/10/19 | 541.93 |
| PROG NORTHERN INS PREM XXXXX6770 Jeffr | 375.31 | | 07/10/19 | 166.62 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 098579 8377 | 10.79 | | 07/11/19 | 155.83 |
| POS Purchase SC BARNWELL 9056 PATTERSON ST PUS SEQ# 727390 8377 | 40.05 | | 07/11/19 | 115.78 |
| POS Purchase CA 402-935-7733 PAYPAL *CHEECHIANG SEQ# 000848 8377 | 43.00 | | 07/11/19 | 72.78 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 1,896.52 | 07/12/19 | 1,969.30 |
| POS Purchase CA 402-935-7733 PAYPAL *JUANFIGUERO SEQ# 090797 8377 | 58.00 | | 07/12/19 | 1,911.30 |
| CHECK # 1728 | 52.00 | | 07/12/19 | 1,859.30 |
| CHECK # 1726 | 346.00 | | 07/12/19 | 1,513.30 |
| CHECK # 1727 | 365.00 | | 07/12/19 | 1,148.30 |
| CHECK # 1717 | 1,000.00 | | 07/12/19 | 148.30 |
| 400565892 Online Transfer To 211029525 At 14:44 On 7/15 | 20.00 | | 07/15/19 | 128.30 |
| POS Purchase SC BARNWELL PALM PANTRY #4 SEQ# 003861 8377 | 17.00 | | 07/15/19 | 111.30 |
| 400647480 Online Transfer To 211029525 At 20:23 On 7/16 | 20.00 | | 07/17/19 | 91.30 |
| POS Purchase SC 803-5321030 HALLS POULTRY FARM & SEQ# 070001 8377 | 60.00 | | 07/17/19 | 31.30 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 084306 8377 | 13.73 | | 07/18/19 | 17.57 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 1,857.54 | 07/19/19 | 1,875.11 |
| RETURNED ITEM NSF FEE | 30.00 | | 07/19/19 | 1,845.11 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 004178 8377 | 33.92 | | 07/19/19 | 1,811.19 |
| CHECK # 1732 | 100.00 | | 07/19/19 | 1,711.19 |
| CHECK # 1731 | 144.00 | | 07/19/19 | 1,567.19 |
| CHECK # 1730 | 360.00 | | 07/19/19 | 1,207.19 |
| CHECK # 1729 | 796.00 | | 07/19/19 | 411.19 |

* * * C O N T I N U E D * * *

POULTRY BREEDER FARM, LLC

## BUSINESS CHECKING ACCOUNT 4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| SERVICE CHARGE | 13.00 | | 07/19/19 | 398.19 |
| 400952203 Online Transfer To 211029525 At 9:42 On 7/22 | 30.00 | | 07/22/19 | 368.19 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 510186 8377 | 85.38 | | 07/22/19 | 282.81 |
| DEPOSIT | | 215.00 | 07/23/19 | 497.81 |
| Recur Payment CA 800-9220204 VZWRLSS*BILL PAY VE SEQ# 056251 8377 | 459.24 | | 07/24/19 | 38.57 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 005296 8377 | 10.00 | | 07/25/19 | 28.57 |
| HOUSE OF RAEFORD TRADE PAY G31211. | | 10,893.59 | 07/26/19 | 10,922.16 |
| CHECK | 133.38 | | 07/26/19 | 10,788.78 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 005517 8377 | 10.00 | | 07/26/19 | 10,778.78 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 744277 8377 | 11.83 | | 07/26/19 | 10,766.95 |
| POS Purchase SC BARNWELL PALM PANTRY #3 SEQ# 005756 8377 | 49.60 | | 07/26/19 | 10,717.35 |
| POS Purchase SC BARNWELL BARNWELL FAMILY MEDIC SEQ# 000582 8377 | 132.28 | | 07/26/19 | 10,585.07 |
| CHECK # 1735 | 250.00 | | 07/26/19 | 10,335.07 |
| CHECK # 1671 | 265.00 | | 07/26/19 | 10,070.07 |
| CHECK # 1734 | 336.00 | | 07/26/19 | 9,734.07 |
| CHECK # 1733 | 850.00 | | 07/26/19 | 8,884.07 |
| CHECK # 1692 | 1,199.86 | | 07/26/19 | 7,684.21 |
| CHECK # 1693 | 1,280.00 | | 07/26/19 | 6,404.21 |
| 401296755 Online Transfer To 211027297 At 20:46 On 7/27 | 100.00 | | 07/29/19 | 6,304.21 |
| 401296861 Online Transfer To 211029525 At 20:49 On 7/27 | 100.00 | | 07/29/19 | 6,204.21 |
| POS Purchase SC OLAR 15149 CAROLINA HWY US SEQ# 646841 8377 | 29.11 | | 07/29/19 | 6,175.10 |
| POS Purchase SC WEST COLUMBIA SAMER EXPRESS SEQ# 837204 8377 | 30.00 | | 07/29/19 | 6,145.10 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 300076 8377 | 84.02 | | 07/29/19 | 6,061.08 |
| POS Purchase SC BARNWELL STILL S SMALL ENGINE SEQ# 007380 8377 | 111.20 | | 07/29/19 | 5,949.88 |
| POS Purchase SC COLUMBIA PEARLZ VISTA SEQ# 013638 8377 | 158.58 | | 07/29/19 | 5,791.30 |
| POS Purchase CA 800-347-3288 DTV*DIRECTV SERVICE SEQ# 050257 8377 | 245.02 | | 07/29/19 | 5,546.28 |
| CHECK # 1672 | 2,550.00 | | 07/29/19 | 2,996.28 |
| POS Purchase SC BARNWELL PALMETTO BUILDING SUP SEQ# 032014 8377 | 19.71 | | 07/30/19 | 2,976.57 |

\*\*\* C O N T I N U E D \*\*\*

POULTRY BREEDER FARM, LLC

## BUSINESS CHECKING ACCOUNT 4955



| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
| --- | --- | --- | --- | --- |
| POS Purchase SC COLUMBIA TOMBO GRILLE LLC SEQ# 076760 8377 | 68.35 | | 07/30/19 | 2,908.22 |
| POS Purchase NE 402-352-3167 QC SUPPLY SEQ# 060241 8377 | 93.80 | | 07/30/19 | 2,814.42 |
| POS Purchase SC GOSQ.COM SQ *HOLT & HOLT CERTI SEQ# 085524 8377 | 350.00 | | 07/30/19 | 2,464.42 |
| DOMINION ENERGY DRAFT 0210120069886 | 52.11 | | 07/30/19 | 2,412.31 |
| 401455647 Online Transfer To 211029525 At 17:35 On 7/30 | 60.00 | | 07/31/19 | 2,352.31 |
| POS Purchase WA SEATTLE AMAZON.COM US SEQ# 000008 8377 | 28.71 | | 07/31/19 | 2,323.60 |
| POS Purchase WA SEATTLE AMAZON.COM US SEQ# 000006 8377 | 183.69 | | 07/31/19 | 2,139.91 |
| CHECK # 1736 | 300.00 | | 07/31/19 | 1,839.91 |
| BALANCE THIS STATEMENT | | | 07/31/19 | 1,839.91 |

| TOTAL CREDITS | (5) | 16,891.23 |
| --- | --- | --- |
| TOTAL DEBITS | (75) | 15,607.72 |

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/05 | * | 30.00 | 07/05 | 1723 | 375.00 | 07/19 | 1731 | 144.00 |
| 07/26 | * | 133.38 | 07/05 | 1724 | 52.00 | 07/19 | 1732 | 100.00 |
| 07/26 | 1671 | 265.00 | 07/05 | 1725 | 200.00 | 07/26 | 1733 | 850.00 |
| 07/29 | 1672* | 2,550.00 | 07/12 | 1726 | 346.00 | 07/26 | 1734 | 336.00 |
| 07/26 | 1692 | 1,199.86 | 07/12 | 1727 | 365.00 | 07/26 | 1735 | 250.00 |
| 07/26 | 1693* | 1,280.00 | 07/12 | 1728 | 52.00 | 07/31 | 1736 | 300.00 |
| 07/12 | 1717* | 1,000.00 | 07/19 | 1729 | 796.00 | | | |
| 07/05 | 1722 | 646.00 | 07/19 | 1730 | 360.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE