'ENC. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re: ) Bankruptcy Number:
Jeffrey Eugene Davis ) Chapter 12
)
)
)
Debtor(s).)

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Jeffrey Eugene Davis

CASE NO.: 19-01730-dd

For Month Ending August 31, 2019

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1. CASH RECEIPTS | MONTH | YEAR TO DATE

    A. FARM INCOME

    Grain Sales
    #bu. _____ corn at $_____
    #bu. _____ beans at $_____
    #bu. _____ oats at $_____
    #bu. _____ milo at $_____
    #bu. _____ wheat at $_____

    Livestock Sales
    #hd _____ feeder pigs at _____
    #hd _____ hogs at $_____ per/lb.
    #hd _____ calves at $_____ per/lb.
    #hd _____ cattle at $_____ per/lb.
    #hd _____ lambs at $_____
    Eggs
    Poultry  Columbia Farms    10,765.02    53,239.63

1

Milk _____ _____ _____
Other _____ _____ _____
_____ _____ _____

Miscellaneous Farm Income
   Contract payments _____ _____
   Contract payments _____ _____
   Contract payments _____ _____
   Rent payment _____ _____
   Rent payment _____ _____
   Government payment _____ _____
   PIK and Roll proceeds _____ _____
   Custom farming income _____ _____
   Custom feeding payments _____ _____
   Other farm income 1500.00
   (please specify source)
     LITTER 749.70
     SCE&G (Return) 100.00
     Sold old mower
   New loans (specify source)

B. **WAGES FROM OUTSIDE WORK**

   Husband _____ _____
   Wife _____ _____

C. **OTHER RECEIPTS**

   Social Security
   Other: _____ _____
   _____ _____ _____
   LOAN (DADDY) A.E. DAVIS 1500.00

        Total Cash Receipts $14,614.72 $62,304.33

2

II. EXPENSES PAID

A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Apple | 8/1 | 12.99 | entertainment |
| Mason Davis | 8/2 | 30.00 | gas |
| Mason Davis | 8/5 | 20.00 | school parking |
| " " | 8/5 | 20.00 | Allowance |
| JoEllen Davis | 8/5 | 20.00 | Allowance |
| Piggly Wiggly | 8/5 | 106.64 | Groceries |
| Mason Davis | 8/8 | 20.00 | gas |
| " " | 8/8 | 20.00 | Supper |
| JoEllen Davis | 8/9 | 40.00 | allowance/clothes |
| Mason Davis | 8/9 | 40.00 | allowance/clothes |
| JoEllen Davis | 8/9 | 585.00 | Appt. rent |
| JoEllen Davis | 8/12 | 30.00 | Allowance/clothes |
| Mason Davis | 8/12 | 30.00 | Allowance/clothes |
| Apple | 8/12 | .99 | entertainment |
| " | 8/12 | 6.45 | " |
| " | 8/12 | 10.79 | " |
| Terra's | 8/12 | 281.98 | Supper family |
| Belk's | 8/12 | 337.45 | school clothes |
| Progressive | 8/12 | 375.31 | JD car insurance |
| Blossom Shop | 8/14 | 62.10 | gift |
| JoEllen Davis | 8/15 | 25.00 | gas |
| Cheltons | 8/16 | 15.36 | food |
| Barnwell Medicine | 8/16 | 80.11 | Jeff's meds. |
| JoEllen Davis | 8/19 | 50.00 | Allowance |
| Mason Davis | 8/19 | 50.00 | Allowance |
| Mason Davis | 8/19 | 65.00 | gas for Jeff |
| JoEllen Davis | 8/19 | 230.00 | Apartment supplies |
| Apple | 8/19 | 5.99 | entertainment |

TOTAL $ 2571.16

3

II. EXPENSES PAID

   A. HOUSEHOLD (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| DirecTV | 8/19 | 163.26 | Cable |
| AGI Insurance | 8/19 | 166.00 | JoEllen's Appt Insurance |
| Jeff Davis | 8/20 | 50.00 | Groceries |
| Shelton's | 8/21 | 8.60 | lunch |
| Dogwood Animal Hospital | 8/21 | 126.59 | Dog checkup/shots |
| Dollar General | 8/22 | 67.37 | House supplies |
| JoEllen Davis | 8/26 | 30.00 | Allowance |
| Mason Davis | 8/26 | 30.00 | Allowance |
| Shelton's | 8/27 | 36.47 | Gas |
| Barnwell Family Medic | 8/27 | 82.28 | JoEll's meds |
| Shell | 8/29 | 4.67 | fund |
| House of Pizza | 8/29 | 11.40 | Supper |

TOTAL $ 776.64

3

TOTAL = $ 3347.80

B. **FARM EXPENSES** (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dollar General | 8/8 | 51.06 | Supplies |
| Verizon | 8/9 | 446.81 | Cell |
| Jeff Davis | 8/9 | 250.00 | Labor |
| Salley Fields | 8/9 | 300.00 | Labor |
| Alex Villalon | 8/9 | 450.00 | Labor |
| Exxon | 8/14 | 41.79 | Gas |
| *Creech Electric | 8/1 | 112.00 | Skid Steer |
| Dollar General | 8/2 | 8.04 | Supplies |
| Bi-Rite | 8/2 | 73.09 | Gas |
| Jeff Davis | 8/2 | 250.00 | labor |
| Salley Fields | 8/2 | 300.00 | labor |
| Lorretta Fields | 8/2 | 324.00 | labor |
| Alex Villalon | 8/2 | 700.00 | labor |
| *Denmark Wholesale | 8/6 | 44.37 | Hydrolic hose |
| Mason Davis | 8/16 | 75.00 | Gas for Jeff |
| Five Guys | 8/16 | 16.80 | food (court) |
| Kevin Anderson | 8/16 | 200.00 | Bush hog work |
| Jeff Davis | 8/16 | 300.00 | labor |
| Salley Fields | 8/16 | 310.00 | labor |
| Alex Villalon | 8/16 | 500.00 | labor |
| Dollar General | 8/19 | 75.42 | Supplies |
| Ivan's Auto Repair | 8/19 | 77.46 | Trailer Tire |
| Rainbow Gas | 8/19 | 313.43 | Fuel |
| Trustee | 8/20 | 200.00 | Fees |
| Trustee | 8/20 | 614.88 | Payment |
| QC Supply | 8/21 | 35.38 | Repairs |
| QC Supply | 8/21 | 602.43 | Repairs |
| Enterprise Bank | 8/21 | 22.20 | Service Charge |

TOTAL $ 6,694.36

B. FARM EXPENSES   (Use more pages if necessary.)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| DHEC | 8/23 | 84.92 | DHEC Permit |
| Salley Fields | 8/23 | 305.00 | labor |
| Alex Villalon | 8/23 | 500.00 | labor |
| Ivans Auto Repair | 8/13 | 1279.00 | Repair Suburban |
| SCE&G | 8/28 | 2690.00 | UTILITY |
| Verizon | 8/29 | 7.00 | Cell |
| Sanders Supply | 8/29 | 31.64 | Repair lumber |
| Crossroads Store | 8/29 | 52.91 | Gas |
| Verizon | 8/29 | 300.00 | Cell |
| Salley Fields | 8/30 | 300.00 | labor |
| Alex Villalon | 8/30 | 400.00 | labor |

TOTAL $ 5950.47

4 TOTAL = $12,644.83

C.      TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE   $814.88

        TOTAL EXPENSES FOR MONTH                     15,992.63

        CASH PROFIT (LOSS) FOR MONTH
        [TOTAL INCOME minus TOTAL EXPENSES]          | -1377.91 |

        OTHER NON-CASH LOSSES:

            LOSS DUE TO CROP FAILURE OR
                DAMAGE $ _____

            LOSS DUE TO DEATH OR DISEASE
                OF LIVESTOCK OR POULTRY
                $ _____

III.    CASH RECONCILIATION:

        Cash and Bank Accounts Balance at
            Beginning of Month:                      $ 1826.92

        Profit (or Loss) During Month                $ -1377.91

        Cash and Bank Account Balance at
            End of Month                             $ 182.43

IV.     EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemized):

        Expense                                      Amount
                                                     $


I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF.

9-19-19                                       _____
DATE                                          DEBTOR(S) / OFFICER OF DEBTOR(S)

5



Account Number XXXXX4955
Statement Date 08/30/2019
Enclosures 23
Page 1

1104 2 AV 0.380      P:1104 / T:4 / S:

POULTRY BREEDER FARM, LLC
JEFFREY EUGENE DAVIS
8775 MARLBORO AVE
BARNWELL SC 29812-2263

30-0
3
20

Protect Your Debit Card and Your Money
With a free app on your mobile phone, you can receive instant alerts
when your debit card is used, turn your card off if you suspect fraud,
even control where your card can be used. Ask us about Card Valet.

## BUSINESS CHECKING ACCOUNT ####4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 07/31/19 | 1,839.91 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 069862 8377 | 12.99 | | 08/01/19 | 1,826.92 |
| POS Purchase SC BARNWELL CREECH AUTO ELECTRIC SEQ# 090001 8377 | 112.00 | | 08/01/19 | 1,714.92 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 842.40 | 08/02/19 | 2,557.32 |
| 401586383 Online Transfer To ####9525 At 16:37 On 8/01 | 30.00 | | 08/02/19 | 2,527.32 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 930069 8377 | 8.04 | | 08/02/19 | 2,519.28 |
| POS Purchase SC BARNWELL 9056 PATTERSON ST PUS SEQ# 533287 8377 | 73.09 | | 08/02/19 | 2,446.19 |
| CHECK # 1740 | 250.00 | | 08/02/19 | 2,196.19 |
| CHECK # 1738 | 300.00 | | 08/02/19 | 1,896.19 |
| CHECK # 1739 | 324.00 | | 08/02/19 | 1,572.19 |
| CHECK # 1737 | 700.00 | | 08/02/19 | 872.19 |
| 401665820 Online Transfer To ####9525 At 17:08 On 8/02 | 20.00 | | 08/05/19 | 852.19 |
| 401760508 Online Transfer To ####9525 At 15:58 On 8/04 | 20.00 | | 08/05/19 | 832.19 |
| 401760552 Online Transfer To ####7297 At 15:58 On 8/04 | 20.00 | | 08/05/19 | 812.19 |
| POS Purchase SC DENMARK 18147 HERITAGE HIGHUS SEQ# 950946 8377 | 106.64 | | 08/05/19 | 705.55 |
| POS Purchase SC DENMARK DENMARK WHOLESALE PAR SEQ# 085350 8377 | 44.37 | | 08/06/19 | 661.18 |
| 402009857 Online Transfer To ####9525 At 14:23 On 8/08 | 20.00 | | 08/08/19 | 641.18 |

*** CONTINUED ***

POULTRY BREEDER FARM, LLC

## BUSINESS CHECKING ACCOUNT ▓▓▓▓4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 402012572 Online Transfer To ▓▓▓9525 At 14:51 On 8/08 | 20.00 | | 08/08/19 | 621.18 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 841425 8377 | 51.06 | | 08/08/19 | 570.12 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 2,342.67 | 08/09/19 | 2,912.79 |
| DEPOSIT | | 749.70 | 08/09/19 | 3,662.49 |
| 402084827 Online Transfer To ▓▓▓7297 At 15:20 On 8/09 | 40.00 | | 08/09/19 | 3,622.49 |
| 402084896 Online Transfer To ▓▓▓9525 At 15:21 On 8/09 | 40.00 | | 08/09/19 | 3,582.49 |
| 402080277 Online Transfer To ▓▓▓7297 At 14:14 On 8/09 | 585.00 | | 08/09/19 | 2,997.49 |
| Recur Payment CA 800-9220204 VZWRLSS*BILL PAY VE SEQ# 016129 8377 | 446.81 | | 08/09/19 | 2,550.68 |
| CHECK # 1743 | 250.00 | | 08/09/19 | 2,300.68 |
| CHECK # 1742 | 300.00 | | 08/09/19 | 2,000.68 |
| CHECK # 1741 | 450.00 | | 08/09/19 | 1,550.68 |
| 402183074 Online Transfer To ▓▓▓7297 At 16:22 On 8/11 | 30.00 | | 08/12/19 | 1,520.68 |
| 402184160 Online Transfer To ▓▓▓9525 At 16:48 On 8/11 | 30.00 | | 08/12/19 | 1,490.68 |
| 402091018 Online Transfer To ▓▓▓9525 At 16:42 On 8/09 | 200.00 | | 08/12/19 | 1,290.68 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 019525 8377 | .99 | | 08/12/19 | 1,289.69 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 086573 8377 | 6.45 | | 08/12/19 | 1,283.24 |
| Recur Payment CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 079141 8377 | 10.79 | | 08/12/19 | 1,272.45 |
| POS Purchase WA SEATTLE AMAZON.COM US SEQ# 400000 8377 | 62.22 | | 08/12/19 | 1,210.23 |
| POS Purchase SC WEST COLUMBIA TERRAS II SEQ# 051276 8377 | 281.98 | | 08/12/19 | 928.25 |
| POS Purchase SC COLUMBIA BELK #182 RICHL' 3400 SEQ# 556056 8377 | 337.45 | | 08/12/19 | 590.80 |
| PROG NORTHERN INS PREM XXXXX6770 Jeffr | 375.31 | | 08/12/19 | 215.49 |
| POS Purchase SC OLAR 15149 CAROLINA HWY US SEQ# 180254 8377 | 41.79 | | 08/14/19 | 173.70 |
| POS Purchase SC COLUMBIA TLF*BLOSSOM SHOP INC SEQ# 093192 8377 | 62.10 | | 08/14/19 | 111.60 |
| 402376857 Online Transfer To ▓▓▓7297 At 20:27 On 8/14 | 25.00 | | 08/15/19 | 86.60 |
| POS Purchase SC BARNWELL 6797 HWY 278 US SEQ# 222832 8377 | 16.45 | | 08/15/19 | 70.15 |

\* \* \* C O N T I N U E D \* \* \*

POULTRY BREEDER FARM, LLC

## BUSINESS CHECKING ACCOUNT ####4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| HOUSE OF RAEFORD TRADE PAY G31211 | | 4,543.95 | 08/16/19 | 4,614.10 |
| 402495145 Online Transfer To ####9525 At 13:48 On 8/16 | 75.00 | | 08/16/19 | 4,539.10 |
| POS Purchase SC BARNWELL 6797 HWY 278 US SEQ# 459145 8377 | 15.36 | | 08/16/19 | 4,523.74 |
| POS Purchase SC COLUMBIA FIVE GUYS SC-0350 SEQ# 008718 8377 | 16.80 | | 08/16/19 | 4,506.94 |
| POS Purchase SC BARNWELL BARNWELL FAMILY MEDIC SEQ# 000925 8377 | 80.11 | | 08/16/19 | 4,426.83 |
| CHECK # 1748 | 200.00 | | 08/16/19 | 4,226.83 |
| CHECK # 1749 | 300.00 | | 08/16/19 | 3,926.83 |
| CHECK # 1746 | 310.00 | | 08/16/19 | 3,616.83 |
| CHECK # 1747 | 500.00 | | 08/16/19 | 3,116.83 |
| 402545738 Online Transfer To ####7297 At 11:39 On 8/17 | 50.00 | | 08/19/19 | 3,066.83 |
| 402545892 Online Transfer To ####9525 At 11:41 On 8/17 | 50.00 | | 08/19/19 | 3,016.83 |
| 402590659 Online Transfer To ####9525 At 11:37 On 8/18 | 65.00 | | 08/19/19 | 2,951.83 |
| 402570347 Online Transfer To ####7297 At 21:30 On 8/17 | 230.00 | | 08/19/19 | 2,721.83 |
| POS Purchase CA 866-712-7753 APL*ITUNES.COM/BILL SEQ# 065268 8377 | 5.99 | | 08/19/19 | 2,715.84 |
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 747270 8377 | 75.42 | | 08/19/19 | 2,640.42 |
| POS Purchase SC OLAR IVAN'S AUTO REPAIR SEQ# 000003 8377 | 77.46 | | 08/19/19 | 2,562.96 |
| POS Purchase CA 800-347-3288 DTV*DIRECTV SERVICE SEQ# 015433 8377 | 163.26 | | 08/19/19 | 2,399.70 |
| Recur Payment FL 800-370-1990 AGI*RENTERS/CONDO INS SEQ# 003804 8377 | 166.00 | | 08/19/19 | 2,233.70 |
| POS Purchase SC DENMARK BP#1757442RAINBOW GAS SEQ# 951397 8377 | 313.63 | | 08/19/19 | 1,920.07 |
| CHECK | 50.00 | | 08/20/19 | 1,870.07 |
| CHECK # 1745 | 200.00 | | 08/20/19 | 1,670.07 |
| CHECK # 1744 | 614.88 | | 08/20/19 | 1,055.19 |
| POS Purchase SC BARNWELL 6797 HWY 278 US SEQ# 028505 8377 | 8.60 | | 08/21/19 | 1,046.59 |
| POS Purchase SC BATESBURG-LEE QC SUPPLY LLC SEQ# 000004 8377 | 35.38 | | 08/21/19 | 1,011.21 |
| POS Purchase SC BARNWELL DOGWOOD ANIMAL HOSPIT SEQ# 057510 8377 | 126.59 | | 08/21/19 | 884.62 |
| POS Purchase SC BATESBURG-LEE QC SUPPLY LLC SEQ# 000002 8377 | 602.43 | | 08/21/19 | 282.19 |
| SERVICE CHARGE | 22.20 | | 08/21/19 | 259.99 |

\* \* \* C O N T I N U E D \* \* \*

POULTRY BREEDER FARM, LLC

## BUSINESS CHECKING ACCOUNT ███4955

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase SC OLAR DOLLAR GENERAL # 1510 SEQ# 760698 8377 | 67.37 | | 08/22/19 | 192.62 |
| HOUSE OF RAEFORD TRADE PAY G31211 | | 3,036.00 | 08/23/19 | 3,228.62 |
| POS Purchase SC 803-771-0131 SC.GOV SEQ# 030927 8377 | 84.92 | | 08/23/19 | 3,143.70 |
| CHECK # 1752 | 305.00 | | 08/23/19 | 2,838.70 |
| CHECK # 1751 | 500.00 | | 08/23/19 | 2,338.70 |
| CHECK # 1750 | 1,279.90 | | 08/23/19 | 1,058.80 |
| 400254877 Online Transfer To ███7297 At 19:54 On 8/24 | 30.00 | | 08/26/19 | 1,028.80 |
| 400254931 Online Transfer To ███9525 At 19:55 On 8/24 | 30.00 | | 08/26/19 | 998.80 |
| POS Purchase SC BARNWELL 6797 HWY 278 US SEQ# 970332 8377 | 36.47 | | 08/27/19 | 962.33 |
| POS Purchase SC BARNWELL BARNWELL FAMILY MEDIC SEQ# 000091 8377 | 82.28 | | 08/27/19 | 880.05 |
| DEPOSIT | | 3,000.00 | 08/28/19 | 3,880.05 |
| CHECK | 2,690.00 | | 08/28/19 | 1,190.05 |
| POS Purchase SC BARNWELL 2612 MAIN ST US SEQ# 263738 8377 | 4.67 | | 08/29/19 | 1,185.38 |
| Recur Payment FL 800-922-0204 VERIZON AGENT FEE SEQ# 083585 8377 | 7.00 | | 08/29/19 | 1,178.38 |
| POS Purchase SC BAMBERG HOUSE OF PIZZA BAMBER SEQ# 001200 8377 | 11.40 | | 08/29/19 | 1,166.98 |
| POS Purchase SC BAMBERG SANDERS SUPPLY CO SEQ# 010041 8377 | 31.64 | | 08/29/19 | 1,135.34 |
| POS Purchase SC BARNWELL 5261 SC HWY 70 US SEQ# 260757 8377 | 52.91 | | 08/29/19 | 1,082.43 |
| POS Purchase FL 800-922-0204 VZWRLSS*IVR VE SEQ# 047175 8377 | 300.00 | | 08/29/19 | 782.43 |
| DEPOSIT | | 100.00 | 08/30/19 | 882.43 |
| CHECK # 1754 | 300.00 | | 08/30/19 | 582.43 |
| CHECK # 1753 | 400.00 | | 08/30/19 | 182.43 |
| BALANCE THIS STATEMENT | | | 08/30/19 | 182.43 |

```
TOTAL CREDITS      (7)     14,614.72
TOTAL DEBITS      (82)     16,272.20
```

\* \* \* C O N T I N U E D \* \* \*

POULTRY BREEDER FARM, LLC

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/20 | * | 50.00 | 08/09 | 1742 | 300.00 | 08/16 | 1749 | 300.00 |
| 08/28 | * | 2,690.00 | 08/09 | 1743 | 250.00 | 08/23 | 1750 | 1,279.90 |
| 08/02 | 1737 | 700.00 | 08/20 | 1744 | 614.88 | 08/23 | 1751 | 500.00 |
| 08/02 | 1738 | 300.00 | 08/20 | 1745 | 200.00 | 08/23 | 1752 | 305.00 |
| 08/02 | 1739 | 324.00 | 08/16 | 1746 | 310.00 | 08/30 | 1753 | 400.00 |
| 08/02 | 1740 | 250.00 | 08/16 | 1747 | 500.00 | 08/30 | 1754 | 300.00 |
| 08/09 | 1741 | 450.00 | 08/16 | 1748 | 200.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

$749.70  8/9/2019

$3,000.00  8/28/2019

$100.00  8/30/2019

$50.00  8/20/2019

$2,690.00  8/28/2019

1737  $700.00  8/2/2019

1738  $300.00  8/2/2019

1739  $324.00  8/2/2019

1740  $250.00  8/2/2019

1741  $450.00  8/9/2019

1742  $300.00  8/9/2019

1743  $250.00  8/9/2019

1744 $614.88 8/20/2019

1745 $200.00 8/20/2019

1746 $310.00 8/16/2019

1747 $500.00 8/16/2019

1748 $200.00 8/16/2019

1749 $300.00 8/16/2019

1750 $1,279.90 8/23/2019

1751 $500.00 8/23/2019

1752 $305.00 8/23/2019

1753 $400.00 8/30/2019

1754 $300.00 8/30/2019